RECEIVED

APR 2 4 2008
Apr 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_Eloisa k Muk_____ )
_Louisa k Muk_____ )
_Benjamin Muk_____ )
(Name of the plaintiff or plaintiffs) )
                                      )   CIVIL ACTION
              v.                      )
                                      )   08CV2333
_US EPA Regions_____ )   JUDGE COAR
_Peter Swenson_____ )   MAGISTRATE JUDGE COLE
_Alan Nudelman_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __a resident_____ of the county of __Cook_____ in the state of __IL__.

3. The defendant is __a resident_____, whose street address is _____,
(city) __Desplaines__ (county) __Cook__ (state) __IL__ (ZIP) _____
(Defendant's telephone number) (_312_) - __886-0236__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__77 W. Jackson Blvd__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) __60604__

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.
   (b) ☒ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __12__, (day) __01__, (year) __89__.

7.1 (Choose paragraph 7.1 or 7.2, do not complete both.)
    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) __Dec__ (day) _____ (year) __2002__.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

(b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☒ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☒ Yes (month) _____ (day) _____ (year) __prior to yr 2000__
    ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____.

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,
        ☐ YES ☒ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision
        ☐ YES ☒ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment. *(is trying)*
    (c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): The Defendants on a consistently basis allege viols of employment law. These allegations have attributed to me taking large amounts of lethal drugs for my sanity & wellbeing

13. The facts supporting the plaintiff's claim of discrimination are as follows: I demand I was falsely arrested in the lost wages IRS jail & forced to pay $0,400. I was sexually harassed & thrown into Mr. Swanson's bathtub on or about 3/6/08 for no reasons. I have continually been threatened, arrested & accussed of matters of no meaning.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): to allow plantiff to be allowed flexi-place, advanced annual & sick leave, foremost to be treated as a professional and not a piece of scum. I request $1,000,000 in punitive damages for loss of health.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____Eloise H Huhn_____

(Plaintiff's name)

_____Eloise Huhn_____

(Plaintiff's street address)

_____1631 S. Clarence Av_____

(City) Berwyn  (State) IL  (ZIP) 60402

(Plaintiff's telephone number) (708) - 484-2169

Date: 4/24/8