JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**: Eloise G. Nealon, Plaintiff; Louvia G. Nealon, Plaintiff; Benjamin Nealon, Plaintiff

**DEFENDANTS**: Peter Swenson; Alan Nudelman

**(b) County of Residence of First Listed Plaintiff**: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**: Jerome Lubelchek, 130 S. Jefferson, Chicago, IL 60661

Attorneys (If Known): NF

FILED APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT

**08CV2333 JUDGE COAR MAGISTRATE JUDGE COLE**

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] Original Proceeding

## VI. CAUSE OF ACTION

Harrassed daily for past 15 years. The harassment has impaired my health to such an extent that retirement...

## VII. REQUESTED IN COMPLAINT:

JURY DEMAND: No

## VIII. This case [X] is not a refiling of a previously dismissed action.

DATE: 4/24/08

SIGNATURE OF ATTORNEY OF RECORD