

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Eloise Hurt_
(Please print)

STREET ADDRESS: _1631 S. Clarence Av._

CITY/STATE/ZIP: _Berwyn, IL 60402_

PHONE NUMBER: _(708) 484-1169_

CASE NUMBER: **08CV2333**
**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

_____  _4/24/8_
Signature                   Date

**FILED**
APR 24 2008
APR 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT