FILED
APR 24, 2008 NF
APR 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  Eloise h Nuhn P.E., REM

V.

Defendant(s)  Peter Swanson
Alan Nudelman

08CV2333
JUDGE COAR
MAGISTRATE JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _Eloise h Nuhn, P.E., REM_, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   I have attempted over 20 times with no result due to my financial position. Currently I have engaged with Pre Paid Legal, & hope to have POC, NO case assigned

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____  _____
Movant's Signature                 Street Address
                                   1631 S. Lawndale

4/24/08                            Chicago, IL 60623
_____  _____
Date                               City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |