## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2333 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Huhn, et al vs. US Epa Regions, et al | | |

**DOCKET ENTRY TEXT**

The Plaintiff is hereby ordered to file by May 12, 2008 legible copies of the complaint, the right to sue letter (from EEOC) and her Financial Affidavit. Status hearing set for May 15, 2008 at 9:00 a.m. in Courtroom # 1419, 219 South Dearborn Street, Chicago, Illinois.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|