MHW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**    Eloise R. Hudson

Louisa R. Hudson

Benjamin R. Hudson    Case No.   08 CV 2333

**V.**

Coar

U S EPA Region 5

**Defendant(s)**

Peter Swanson, Chief

NPDES Programs Branch

77 W. Jackson Blvd

Chicago, IL 60604

**⌐FILED**

APR 28 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Alan Nodelman

Water Division

77 W. Jackson Blvd

Chicago, IL 60604

Exhibits Attached

# *AFGE - Local* 704
# American Federation of Government Employees AFL-CIO
# P. O. Box 0799
# Chicago, Illinois, 60690-0799
# (312) 886-3575

## MEMORANDUM

DATE:        7-3-02

SUBJECT:    Information Request Pursuant to 7114(b)(4) of the Federal Service Labor
Management Relations Statute , Request for Records under the Privacy Act Request, and FOIA
Request

FROM:       Don Anderson, Steward and Vice President for the Non-Professional Unit
            AFGE Local 704

            Elloise Hahn, Section 2, ECAB, Water Division

TO:         Jennifer Lang, Human Relations Officer
            Patrick  Kuefler, Chief, Section 2, ECAB, Water Division
            Louise DeBrower,
            Regional Freedom of Information Act Officer

The following is a Union Request for Information pursuant to Section 7114(b)(4) of the Federal
Service Labor Management Relations Statute.  This request is also made pursuant to Article 5,
Section 5, and Article 34 of the Master Collective Bargaining Agreement (MCBA) between the
United States Environmental Protection Agency (U. S. EPA) and the American Federation of
Government Employees(AFGE).  This request is also made pursuant to the Freedom of
Information Act and the Privacy Act.

**Requestors:**  Eloise Hahn, AFGE Local 704 on behalf of Eloise Hahn, and AFGE Local 704, P.
O. Box 0799, Chicago, Illinois, 60690-0799, (312) 886-3575.

**Union Contacts:**  Don Anderson, AFGE Local 704, P.O. Box 0799, Chicago, IL 60690- 0799

**Agency Contact:** Jennifer Lang, Human Resources Officer, MP-10J

**Information Requested:**

1.      All supervisory notes, e-mail messages, records of communication, and all other
        documents that were utilized in the decision making process and in the decision itself

regarding the PAP given to Eloise Hahn in the year 2002. Provide copies of all requested items whether in electronic, handwritten, or typed form.

2.   A copy of each PAP issued to an employee of the Water Division, including PAPs issued to individuals classified as being part of management, since January 1, 2000. A copy of all supervisory notes, e-mail messages, memos, letters, records of communication, and all other documents related to each PAP issued in the Water Division since January 1, 2000. This request also seeks all documents that amend or alter those PAPs in any way.

3.   All notes, e-mail messages, memos, letters, records of communication, and all other documents kept by any employee, supervisor or management representative in any system of records that pertain to the performance and/or conduct of Eloise Hahn or is kept in a file under her name, social security number, or other personal identifier. This request covers calendar years 2000 through the date of this request.

4.   All notes, e-mail messages, or records of communication concerning the performance and/or conduct of Eloise Hahn that is kept by any employee, supervisor or management representative that is claimed to be a "memory jogger", place keepers, or other form of record claimed to be exempt from disclosure under the Privacy Act. This request covers calendar years 2000 through the date of this request.

5.   All records of assignments given to all professional employees who work in the same branch as Eloise Hahn. This request is for records for the period of calendar years 2000, 2001 and 2002. We are seeking information on the date of each assignment, the nature of each assignment, and all instructions provided to the employee regarding the assignment including instructions regarding due dates for the assignments.

6.   All records of the completion of assignments for all professional employees who work in the same branch as Eloise Hahn. This request is for records for the period of calendar years 2000, 2001 and 2002. We are seeking information on the date that assignments were completed or reassigned.

7.   Copies of all 2001 and 2002 PERFORMS agreements, mid year and end of year appraisals for all professional employees who work in the same branch as Eloise Hahn and for each manager who supervised that branch and sections within that branch in 2001 and/or 2002.

8.   All records of the dates when professional employees and managers, who worked in the same branch as Ellie Hahn or supervised it, worked on flexi-place during 2000 and 2001. This request covers all forms of flexi-place. The records we are requesting include records of the dates and records which show the work that was done by the employees on Flexi-place.

9.   Records of the age, sex, and perceived or actual disabilities for each professional employee in the branch where Eloise Hahn works. This request covers the period from

2000 through the present time.    Records of all complaints, and the nature of the complaints, of discrimination made by employees in the branch where Eloise worked during the time period from January 1, 2000 to the present time.

10.    Records which indicate the name of each supervisor who supervised Eloise Hahn between January 1, 2000 and the present time, the dates that supervisor supervised Eloise, and all records that each supervisor prepared which concern Eloise's performance and/or conduct.

11.    Records of the training in implementing the PERFORMS system received by each supervisor who supervised Eloise Hahn at any time between January 1, 2000 and the present time. We are seeking records of the date of such training, the duration of such training, and the identity of the training provider and name of the training course. We are seeking only records of training that supervisors receive regarding how they are to implement the PERFORMS system as described in Article 34 of the MCBA.

12.    Records of all awards given to employees and supervisors who work in the same branch as Eloise. The information requested includes information on awards given for any reason including quality step increases, time off awards, honor awards, cash awards, and any other form of award. We request that you provide the written justification that was prepared for each award.

**Particularized Need:** The Union needs the information to represent Eloise Hahn in challenging a PAP issued to her in 2002. The union also needs the information to protect Eloise against continuing, illegal, harassment and discrimination she has experienced for a prolonged period of time.

13. The information requested under #1 above is needed to prove that management did not rely on appropriate information when it decided to place Eloise on a PAP. The information is also needed to show that management did not comply with Article 34 when it placed Eloise on a PAP. The union needs the information that was requested in order to show that management had other motives and reasons for placing Eloise on a PAP and those reasons and motives were not based on her performance under her PERFORMS. The information requested in #1 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

14. The information requested in #2 above is needed to show that management is not following Article 34 of the MCBA. The information is needed to show a continuing pattern of violation of Article 34 of the MCBA. The information is also needed to show that Eloise is not being treated in a fair and equitable manner in comparison to other employees. The information requested in #2 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

15. The information requested in #3 above is needed to show that management has, on a

continuing basis, engaged in an ongoing pattern of illegal retaliation, age discrimination, discrimination based on marital status, discrimination based on sex, and discrimination based on disability or perceived disability, against Eloise Hahn. The information is needed to show that managers and other employees engaged in an ongoing effort to discriminate against Eloise based on her race, age, sex, marital status, and actual or perceived disability. The information is needed to show that management engaged in a continuing pattern of harassment and retaliation against Eloise based on the fact she previously filed allegations of discrimination and grievances under the MCBA.    The information requested in #3 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

16. The information requested in #4 is needed for the same reasons provided in the previous paragraph. However, the information requested in #4 is confined to information that management does not provide in response to request #3. The information requested in #4 is requested pursuant to the FOIA and 7114(b)(4) of the Federal Service Labor Management Relations Statute. The information requested in #4 is intended to cover records that management refuses to provide under #3 due to management's claim that the records are exempt from disclosure based, allegedly, on the fact that the information is in the form of memory joggers or other records exempt from the Privacy Act. The information is needed to show that management attempted to improperly hide the discriminatory and retaliatory basis for its actions against Eloise Hahn by keeping records of such actions in files it claims are exempt from disclosure under the Privacy Act.    The information is needed to show that management violated Article 34 of the MCBA.    The information requested in #4 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

17. The information requested in #5 is needed to demonstrate that, on a continuing basis, management has violated the MCBA because it has not treated Eloise fairly or equitably in terms of the assignments provided to her, the nature of those assignments, and the instructions given to her for those assignments. The information is also needed to show that tasks in the PAP management created for Eloise is not consistent with the past work assignment practices employed in the section where Eloise works. The information is needed to demonstrate that, on a continuing basis, management has not assigned work to Eloise and others employees in a manner that is consistent with what is in the PERFORMS for each employee. The information is needed to show that management is engaged in prohibited discrimination and retaliation against Eloise in the assignment of work  based on factors such as race, age, sex, marital status, perceived or actual disability and based on retaliation.    The information requested in #5 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

18. The information requested in #6 is needed to show that, on a continuing basis,  management has violated the MCBA because it has not treated Eloise fairly or equitably in terms of the due dates for assignments given to her.    The information is also needed to show that deadlines in the PAP management created for Eloise are not consistent with the past work assignment practices employed in the section where Eloise works. The information is needed to demonstrate that management has not established due dates for work for Eloise and others employees that are consistent with what is in the PERFORMS for each employee.   The information is needed to

show that management is engaged in prohibited discrimination in the establishment of due dates for work based on factors such as race, age, sex, marital status, perceived or actual disability and retaliation and based on retaliation.    The information requested in #6 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

19.  The information requested in #7 is needed to show that, on a continuing basis,  the PERFORMS agreements and end of year appraisals in the section where Eloise works were not done in compliance with Article 34 of the MCBA.  In addition, the information is needed to show that, on a continuing basis,  the PERFORMS appraisals or feedback under the PERFORMS system given to Eloise was not consistent with that given to other employees.   The information is needed to show that the work practices that Eloise followed in the past and which were acceptable to management are now being claimed to be unacceptable under substantially similar performance standards.  The information is needed to show that, on a continuing basis, management has not treated Eloise fairly and equitably because it has not applied the PERFORMS system to Eloise in the same manner it has applied it to other employees who work is substantially similar jobs or who have substantially similar duties.    The information is needed to show that management is engaged in prohibited discrimination in the establishment of due dates for work  based on factors such as race, age, sex, marital status, perceived or actual disability and retaliation and based on retaliation.   The information requested in #7 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

20.   The information requested in #8 is needed to show that management has violated a national and local agreement on flexi-place by failing to implement it in a fair and equitable manner on a continuing basis.  The information in #8 is needed to show that management is not treating employees who are on flexi-place in the same manner as employees who are not on flexi-place. The information in #8 is needed to show that management has refused to approve flexi-place for Eloise in violation of a local agreement on flexi-place and as part of a pattern of continuing discrimination based on Eloise's race, sex, age, marital status, perceived or actual disability and in  retaliation against Eloise for having filed complaints of discrimination and grievances.    The information requested in #8 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

21.  The information requested in #9 is needed to show that, on a continuing basis,  management has not treated Eloise fairly or equitably and violated the MCBA.  The information requested in #9 is needed to show that management engaged in a pattern of discrimination based on race, age, sex, marital status, perceived or actual disability, and management engaged in harassment and retaliation against those who complained of such discrimination or who filed grievances.   The information requested in #9 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA.

22.  The information requested in #10 is needed to determine if Eloise's many managers since January 1, 2000, complied with Article 34 of the MCBA.   The information is needed to show that management, on a continuing basis, has not treated Eloise fairly and equitably and violated the MCBA.    The information requested in #10 is needed to show that management engaged in

a pattern of discrimination based on race, age, sex, marital status, perceived or actual disability, and management engaged in harassment and retaliation against those who complained of such discrimination or who filed grievances.    The information requested in #10 is needed to show that management has not complied with Article 37, Equal Employment Opportunity, of the MCBA..

23.  The information requested in #11 is needed to show that the managers in Eloise's section did not have the required training in the appraisal of employees under the PERFORMS system.    The information requested in #11 is needed to show that managers in Eloise's section did not have the required training in how to create and implement a PAP.

24.  The information requested in #12 is needed to show that management engaged in a pattern of discrimination based on race, age, sex, marital status, perceived or actual disability, and management engaged in harassment and retaliation against those who complained of such discrimination or who filed grievances.    The information requested in #12 is needed to show that management violated article 35 of the MCBA.    The information requested in #12 is needed to show that management awarded other employees for work done by Eloise and that Eloise was not given appropriate credit for such award winning work during appraisals conducted under the PERFORMS system.

The Union also needs the information in #1 through #12 to confirm that management has violated 18 U. S. C. 1001 concerning fraud or false statements in a Government Matter due to the false statements made concerning the performance and conduct of Eloise Hahn and other false statements management has made in records it has generated.    The information is also needed to confirm that false statements were made concerning how management fulfilled its obligations in Article 34 of the MCBA in relation to Eloise Hahn and other employees.    The information is needed to enable Eloise Hahn and AFGE to challenge the position taken by management concerning the performance of Eloise Hahn and in actions management has taken, or proposed, against Eloise Hahn.

The purpose of this request for information is to represent Eloise Hahn and other bargaining unit members. Denial of the requested information would prevent the Union from adequately representing Eloise Hahn in anticipated and ongoing proceedings management has initiated against this employee. The purpose of this request is also to enable the union to meet its obligation to make sure that management is in compliance with the MCBA. The nature of the request and the needs identified above require that personal identifiers remain in each record requested.

Provide the requested information no later than two weeks from the date of this request. We request that any associated fees be waived.  Failure to respond promptly to this request may result in an action by AFGE Local 704 and/or Eloise Hahn to enforce the MCBA and laws identified herein.

**Privacy Act:** The Union believes that some of the documents and records (including electronic records) may be subject to the Privacy Act.  By signing this request, Eloise Hahn is allowing

Don Anderson, Jeffrey Bratko and Chuck Orzehoskie of AFGE to review and receive the requested information concerning her that is subject to the Privacy Act and would not otherwise be available to the union under the FOIA or Pursuant to 7114(b)(4) of the Federal Service Labor Management Relations Statute .

**Public Interest:** The disclosure of these documents would insure that U. S. EPA honors its obligations under the MCBA, 18 U. S. C. Section 1001 and Sections 7102 and 7116 of the Federal Service Labor Management Relations Statue. The disclosure of these documents would also be in the public interest because they are being used to insure that Eloise Hahn and other bargaining unit members are being treated fairly and in a consistent manner when subjected to corrective actions. The disclosure of these documents would be in the public interest by making the public aware of violations of the U. S. C. and regulations. The public interest outweighs any privacy interests. The need for AFGE to represent (Insert employees name) outweighs any alleged privacy interests.

**Other Matters:** The Union is willing to meet with appropriate Agency officials to discuss this request and any Privacy Act concerns that management may have concerning the request.

cc: AFGE Local 704

## Chest AP

HAHN, ELOISE - 000102514601

* Final Report *

| | |
|---|---|
| Result Type: | Chest AP |
| Result Date: | 22 May 2007 20:57 |
| Result Status: | Authenticated |
| Result Title: | XR Chest AP (Portable) |
| Performed By: | NUDELMAN, EARL J. on 23 May 2007 8:19 |
| Verified By: | NUDELMAN, EARL J. on 24 May 2007 8:38 |
| Encounter Info: | 000092502657, NMH, Emergency, 5/22/2007 - 5/22/2007 |

### * Final Report *

**Reason For Exam**
R/O PAIN-ER#TRAUMA-1

**Report**
HISTORY: Rib pain.

A supine portable film of the chest was made on 5/22/07 at 2055 hours. No prior films of the chest are available for comparison.

The heart is slightly enlarged accentuated by portable technique. The aorta is prominent. There is widening of the mediastinum presumably due to great vessels. The film was made in a lordotic position. The right hemidiaphragm is elevated.

The markings at the left lung base are prominent. There may be medial infiltration and/or atelectasis at the left base. No focal area of consolidation is seen. A cone is in place over the abdomen. There are degenerative changes involving the spine and shoulders.

If prior chest films are available comparison with the current study would be helpful. Followup, routine upright PA and lateral radiographs of the chest in deep inspiration are suggested for correlation with the current study. A corrected fax report was sent to the emergency room at 0820 hours on 5/23/07. C. Guajardo, RN the charge nurse in the emergency room was notified.

### IMPRESSION

INCREASED DENSITY IS NOTED AT THE LEFT BASE. THIS MAY BE DUE TO PROMINENCE OF THE MARKINGS AT THE LUNG BASE. INFILTRATION AND/OR SOME ATELECTASIS AT THE LEFT BASE CANNOT BE COMPLETELY EXCLUDED. FOLLOWUP PA AND LATERAL RADIOGRAPHS OF THE CHEST ARE SUGGESTED FOR CORRELATION WITH THE CURRENT STUDY. THE MID PORTION OF THE LEFT HEMIDIAPHRAGM IS OBSCURED ON THE

Chest AP                                    HAHN, ELOISE - 000102514601

* Final Report *


CURRENT STUDY.


Signature Line
***Final Report***




Attending Radiologist: NUDELMAN, EARL J. MD
Date Signed Off: 05/24/2007 08:38
Transc. by: KR 05/23/2007 08:28
Dictated by: NUDELMAN, EARL J. 05/23/2007 08:19




Completed Action List:
* Order by Emergency-Room, Dept on 22 May 2007 20:02
* Perform by Peters, Robert on 22 May 2007 20:57
* VERIFY by NUDELMAN, EARL J. on 24 May 2007 8:38

## Psych - Integrated Assessment

### HAHN, ELOISE - 000102514601

Result Type:          Psych - Integrated Assessment
Result Date:          22 May 2007 21:35
Result Status:        Modified
Result Title:         PSYCH- Integrated Assessment
Performed By:         COSTAKIS, ANNA on 22 May 2007 23:13
Verified By:          COSTAKIS, ANNA on 22 May 2007 23:13
Encounter Info:       000092502657, NMH, Emergency, 5/22/2007 - 5/22/2007

## Document Has Been Updated

### PSYCH- Integrated Assessment Entered On: 5/22/2007 21:57
### Performed On: 5/22/2007 21:35 by Burrows, Andrew

**Patient Information**
*Living Arrangements - PSYCH:* lives with daughter, in a house, at 313 East 1300 North, Chesterton, IN 46304, 708-408-8266.

Burrows, Andrew - 5/22/2007 23:32
([lives with daughter in a house at 313 East 1300 North, IN 46304, 708-408-8266.]charted by Burrows, Andrew at 5/22/2007 21:34 )

*Residential Arrangement:* 22 - Private residence, client is unsupervised, considered to be living independently
*Household Composition - PSYCH:* 20 - Lives with one or more relatives (biological, step or adoptive)
*Marital Status:* Divorced
*Sexual Orientation - PSYCH:* Other: "Neither, no sex"
*Race - PSYCH:* 10 - White (origins in any of the original peoples of Europe, North Africa or Middle East)
*Hispanic Origin - PSYCH:* 00 - Not of Hispanic Origin
*Citizenship - PSYCH:* Yes
*Military Status - PSYCH:* None
*Education Level - PSYCH:* 50 - College Bachelor's degree
*Employment - PSYCH:* 30 - Not in the labor force (retired, homemaker, student, resident/inmate of an institution)
*Primary Language - PSYCH:* 10 - English
*Interpreter Services - PSYCH:* 0 - Services not needed
*Special Needs - PSYCH:* None
*Learning Styles - PSYCH:* Individual, Kinesthetic
*Referral information - PSYCH:* Brought by CPD Officer Escarrilla (beat 172/star 16095).

Burrows, Andrew - 5/22/2007 21:34

**Patient Information (cont)**
*Comments - Pt chief complaint - PSYCH:* "I don't know...All I know is it's past my bedtime and I'm very tired".
*Comments - Signs and Symptoms - PSYCH:* States that she has "extreme work place stress...insomnia" Brought by Police Officers for being combative with police. Denies

Psych - Integrated Assessment                    HAHN, ELOISE - 000102514601

psychiatric Dx, SI, HI, hallucinations, paranoia, depressed mood, manic mood, sleep problems (taking Seroquel for sleep), appetite problems, concentration problems, sadness, hopelessness, guilt feelings, anxiety, increased or decreased energy, amotivation and social withdrawal. States that she went to Human Resources (at work) to request her pension and got into an altercation there and was detained by police officers and brought the ER. Reports her stressors as work conflict, health problems and having to sell a house.

Burrows, Andrew - 5/22/2007 21:34

**Violence Potential to Self - Suicide**
*Past Ideation - PSYCH:* No

Burrows, Andrew - 5/22/2007 22:34

*Suicide Ideation - PSYCH:* Denies suicide ideation
*Previous Attempts - PSYCH:* No
*Family Suicide History - PSYCH:* No

Burrows, Andrew - 5/22/2007 21:57

**Violence Potential to Self - Self Injury**
*Demonstrates self- destruction - PSYCH:* No
*Previous behavior - PSYCH:* No

Burrows, Andrew - 5/22/2007 22:34

*Self injury - PSYCH:* Denies self injury

Burrows, Andrew - 5/22/2007 21:57

**Violence Potential to Others - Homicide Risk**
*Past homocidal ideation - PSYCH:* No

Burrows, Andrew - 5/22/2007 22:34

*Homicide Ideation - PSYCH:* Denies homicide ideation

Burrows, Andrew - 5/22/2007 21:57

**Violence Potential to Others - Assault**
*Previous assault attempts - PSYCH:* No

Burrows, Andrew - 5/22/2007 23:32

*Comments - verbal aggressive:* Was yelling in the ER.
*Verbal aggressive behavior- PSYCH:* Yes
*Comments – Aggressive behavior:* Was reportedly combative in the ER.
*Physical aggressive behavior - PSYCH:* Yes

Burrows, Andrew - 5/22/2007 22:34

*Assaultive behavior - PSYCH:* Denies assaultive behavior
*Property destruction - PSYCH:* No

Burrows, Andrew - 5/22/2007 21:57

**Patient Screening**
GRID- PSYCH Legal Screening
*Incarceration:* None
*Recent Arrest:* None

Burrows, Andrew - 5/22/2007 21:57

*Pending court date - PSYCH:* No

## Psych - Integrated Assessment

HAHN, ELOISE - 000102514601

Burrows, Andrew - 5/22/2007 21:57

~~Comments- Legal Screening:- [IN ERROR]~~

Burrows, Andrew - 5/22/2007 23:32

~~([planning on suiing a contractor and US EPA]charted by Burrows, Andrew at 5/23/2007 21:57 )~~
GRID- PSYCH patient is victim
*Gang Involvement:* Denies

Burrows, Andrew - 5/22/2007 21:57

*Physical Assault:* Current, "Today, by those policemen".

Burrows, Andrew - 5/22/2007 23:32

~~([Current, TODAY BY THOSE POLICMEN.]charted by Burrows, Andrew at 5/23/2007 21:57 )~~
*Sexual Molestation:* Denies
*Rape:* Denies

Burrows, Andrew - 5/22/2007 21:57

*Domestic Abuse/Neglect:* Past, Reports abuse from 1st & 2nd husbands.

Burrows, Andrew - 5/22/2007 23:32

~~([Past, abused by 1st & 2nd husband]charted by Burrows, Andrew at 5/22/2007 21:57 )~~
*Child Abuse/Neglect:* Denies
GRID- PSYCH Patient is perpertrator
*Gang Involvement:* Denies
*Physical Assault:* Denies
*Sexual Molestation:* Denies
*Rape:* Denies
*Domestic Abuse/Neglect:* Denies
*Elder Abuse:* Denies
*Exploitation of the Elderly:* Denies
*Child Abuse/Neglect:* Denies

Burrows, Andrew - 5/22/2007 21:57

*Available Firearm - PSYCH:* No
*Current use - PSYCH:* Denies use
*cageaid 1- PSYCH:* No
*cageaid 2 - PSYCH:* No
*cageaid 3 - PSYCH:* No
*cageaide 4 - PSYCH:* No
*Current tobacco use - PSYCH:* Yes
*tobacco amount - PSYCH:* 1/2 PPD

Burrows, Andrew - 5/22/2007 21:57

**Patient Medical Information**
*Primary physician number- PSYCH:* 708-795-8900
*Comments- PSYCH med information:* Hypothyroidism, Osteoporosis, HTN and High Cholesterol.
~~([hypothyroidism, osteoporosis, HTN, high cholesterol, ]charted by Burrows, Andrew at 5/22/2007 21:57 )~~

Psych - Integrated Assessment                    HAHN, ELOISE - 000102514601

*Primary Care Physician - PSYCH:* Yili Guo, M.D.

Burrows, Andrew - 5/22/2007 23:32
~~([gou in berwyn]charted by Burrows, Andrew at 5/22/2007 21:57 )~~

Allergies (Active)
No Known Allergies                *Estimated Onset Date:* Unspecified ; *Category:*
Drug ; *Substance:* No Known Allergies ; *Type:*
Allergy ; *Reviewed Date:* 5/22/2007 22:05

**Psychiatric/Substance Abuse History**
*Comments- psych inpt tx:* Reports that her only mental health treatment was 2 visits, last June
(2006), with a psychologist (Alan F. Friedman, PhD, 312-368-4515).

Burrows, Andrew - 5/22/2007 23:32
~~([Dr. alan friedman, psychologist, 30 n michigan. june, 2006. X2.]charted by Burrows, Andrew~~
~~at 5/22/2007 21:57 )~~

*PSYCH- outpatient treatment:* History of treatment
*PSYCH- sub outpatient treatment:* None noted
*PSYCH- inpatient treatment:* None noted
*PSYCH- sub inpatient treatment:* None noted
*PSYCH- previous meds:* None noted
*PSYCH- family:* None noted

Burrows, Andrew - 5/22/2007 21:57

**Mental Status - Integrated Assessment**
*PSYCH- Appearance/Behavior:* Cooperative, good eye contact, well groomed
*PSYCH- Speech:* Fast, loud
*PSYCH- Psychomotor behavior:* None noted
*PSYCH- Resting Tremor:* No
*PSYCH- Intention tremor:* No
*PSYCH Involuntary movements:* None noted
*PSYCH- Mood and affect:* irritable, Tense
*PSYCH- Thought Content:* Poor decision making skills
*Comments- PSYCH thought content:* no SI, no HI, no AH/VH, possible paranoid delusions but
unclear
*PSYCH- thought process:* circumstantial
*Comments- PSYCH Impulse control:* poor
*Comments- PSYCH Judgment:* impaired
*Comments- PSYCH Neurovegetative:* pt denies

COSTAKIS, ANNA - 5/22/2007 23:13

**Mini-Mental State Exam**
Orientation Questions GRID
*What is today's date:* Right
*What is the month:* Right

Psych - Integrated Assessment                    HAHN, ELOISE - 000102514601

*What is the year:* Right
*What day of the week is today:* Right
*What season is it:* Right
*What is the name of this clinic (place):* Right
*What floor are we on:* Right
*What city are we in:* Right
*What county are we in:* Right
*What state are we in:* Right

COSTAKIS, ANNA - 5/22/2007 23:13

*Today's date:* 5/22/2007

COSTAKIS, ANNA - 5/22/2007 23:13

**Social System/Aftercare Assessment**
*Comments- PSYCH family relationships:* Daughter (Louise) and son (Gus).
*Comments- PSYCH employment hx:* States that she has worked 18 years as an Environmental
Engineer for the U.S. Environmental Protection Agency, want to retire immediately.
*Comments- PSYCH social support:* Friends and children.daugher (louise) son (gus)
            [[daugher (louise) son (gus)]charted by Burrows, Andrew at 5/22/2007 21:57 ]
*Comments- PSYCH developmental hx:* "I had a wonderful father and mother".

Burrows, Andrew - 5/22/2007 23:32

        [[i had a wonderful father and mother]charted by Burrows, Andrew at 5/22/2007 21:57 ]

*PSYCH- military history:* No

Burrows, Andrew - 5/22/2007 21:57

*Comments- PSYCH education hx:* States that she has B.S. in Engineering.

Burrows, Andrew - 5/22/2007 23:32

        [[B.S. engineering]charted by Burrows, Andrew at 5/22/2007 21:57 ]

*PSYCH- agency involvement:* Denies
*PSYCH- spiritual support:* Denies

Burrows, Andrew - 5/22/2007 21:57

*Comments- PSYCH housing:* Reports that she moved from Berwyn, IL to Chesterton, IN, last
December (2006) and new needs to sell her house in Berwyn.
        [[moved to indiana last december]charted by Burrows, Andrew at 5/22/2007 21:57 ]
*Comments- PSYCH leisure activity:* Enjoys activities with friends.

Burrows, Andrew - 5/22/2007 23:32

        [[friends.]charted by Burrows, Andrew at 5/22/2007 21:57 ]

**Bio-Psycho-Social Case Formulation**
*Comments- Bio-psycho-social:* This is a 53 y/o domiciled, employed, white female with no
formal psychiatric history who was brought to the ED by CPD for being combative. She says that
she works at the U.S. Environmental Protection Agency and that they've been trying to find a
reason to fire her and thus basically harrassing her. She says that she decided that she had
enough of this today and went to HR to inquire about her retirement benefits. There was a
heated confrontation, the CPD was called, and she ended up restrained in the ambulance. She
does not recall how this came about. She insists that she's gotten a UTI because her boss keeps

Psych - Integrated Assessment                    HAHN, ELOISE - 000102514601

track of how much time she spends away from her desk, and she's scared to go to the bathroom. She also says that her bones are brittle from the toxins to which she's been exposed. She denies any neurovegetative or manic symptoms. She denies any AH or VH. The pt says that her only contact with psychiatry was a psychologist she saw twice last summer for work stress. She dneies any past inpatient admissions or suicide attempts. She denies any CD problems. Utox positive for benzos. Pt denies any family psych history. She has worked at the EPA for 18 yrs. She lives in a house with her daughter in Indiana. Her medical problems include hyppothyroidism, DM and osteopenia.
*Comments- Additional Bio-psycho-social:* Inpatient hospitalization not currently indicated.
*Capacity Statement:* I have determined the patient does have the capacity to make a reasoned decision about the treatment (psychotropic medication).

                                                  COSTAKIS, ANNA - 5/22/2007 23:13

**Additional Information/Notes**
*Comments- PSYCH IA Notes:* - Medically cleared in ED.- Seen and evaluated by crisis nurse and psych ROC.- Spoke to pt's daughter, Louise, who says that the pt has been acting like herself recently aside from her work stress. The pt's daughter says that she has not reported any SI or HI to her and that she's been taking care of herself at home. - Discussed case with Dr. Ziffra who agrees that pt is not certifiable at this point and is unwilling to come in voluntarily. Likely pt is hypomanic but not commitable. Will refer her to her Employee Assistance Program and her PCP.

_____
_____
_____

_____2200: Pt is not in need oof inpt psych hospitalization B/C she is not a danger to herself or others, and she is able to care for herself. I concur with disposition. M K Faul Lynch, LCSW, CARN 5/22/07
_____

                                                  Faul, Mary Kay - 5/23/2007 4:33

{[ Medically cleared in ED. Seen and evaluated by crisis nurse and psych ROC. Spoke to pt's daughter, Louise, who says that the pt has been acting like herself recently aside from her work stress. The pt's daughter says that she has not reported any SI or HI to her and that she's been taking care of herself at home. Discussed case with Dr. Ziffra who agrees that pt is not certifiable at this point and is unwilling to come in voluntarily. Likely pt is hypomanic but not commitable. Will refer her to her Employee Assistance Program and her PCP. ]charted by COSTAKIS, ANNA at 5/22/2007 23:21 }

*PSYCH- Dispositioin:* Discharge
*PSYCH- Disposition Location:* Home

                                                  COSTAKIS, ANNA - 5/22/2007 23:21

**PSYCH Adult Patient**
*Axis I Adult Diagnosis 1:* Mood disorder NOS
*Axis II Adult Diagnosis 1:* deferred

Psych - Integrated Assessment                    HAHN, ELOISE - 000102514601

*Comments- Axis III:* hypothyroidism, DM, osteopenia
*Comments- Axis IV:* work stressors
*PSYCH- Current GAF:* 45

COSTAKIS, ANNA - 5/22/2007 23:21

**PSYCH Adult Patient (cont)**
*FIA Question 1:* Applies
*FIA Question 4:* Applies
*FIA Question 7:* Applies
*Adult GAF at Closing:* 45
*Adult PSYCH Disposition:* (04) Referred to other provider for Treatment
                                                Burrows, Andrew - 5/22/2007 23:32

**Cosignatures**
*PSYCH Provider 3:* Faul, Mary Kay
*PSYCH Provider Date 3:* 5/22/2007 22:00
*PSYCH Provider 4:* Faul, Mary Kay
*PSYCH Provider Date 4:* 5/22/2007 22:00

                                                Faul, Mary Kay - 5/23/2007 4:35

*PSYCH Provider 2:* COSTAKIS, ANNA

                                                COSTAKIS, ANNA - 5/22/2007 23:21


**Completed Action List:**
* VERIFY by COSTAKIS, ANNA on 22 May 2007 23:13
* Sign by COSTAKIS, ANNA on 22 May 2007 23:13
* Perform by COSTAKIS, ANNA on 22 May 2007 23:13
* Sign by COSTAKIS, ANNA on 22 May 2007 23:21
* Modify by COSTAKIS, ANNA on 22 May 2007 23:21
* Sign by Burrows, Andrew on 22 May 2007 23:32
* Modify by Burrows, Andrew on 22 May 2007 23:32
* Sign by Faul, Mary Kay on 23 May 2007 4:33
* Modify by Faul, Mary Kay on 23 May 2007 4:33
* Sign by Faul, Mary Kay on 23 May 2007 4:35
* Modify by Faul, Mary Kay on 23 May 2007 4:35

Flowsheet Print Request

Patient: HAHN, ELOISE
MRN: 000102514601                    Date Range: 1/1/2007 0:00 - 7/6/2007 23:59

Printed by: Zapiain-Adams, Imelda
Printed on: 7/6/2007 0:37

| 5/22/2007 19:25 | White Cell Count | 6.4 | (3.5 - 10.5) |
|---|---|---|---|
| | Red Cell Count | 4.08 | (3.80 - 5.20) |
| | Hemoglobin | 12.1 | (11.6 - 15.4) |
| | Hematocrit | 36.3 | (34.0 - 45.0) |
| | MCV | 89 | (80 - 99) |
| | MCH | 29.6 | (27.0 - 34.0) |
| | MCHC | 33.3 | (33.0 - 35.5) |
| | RDW | 13.0 | (11 - 15) |
| | Platelet Count | 252 | (140 - 390) |
| | Differential Type | AUTO | |
| | Neutrophils | 56 | (34 - 73) |
| | Lymphocytes | 34 | (15 - 50) |
| | Monocytes | 6 | (5 - 15) |
| | Eosinophils | 3 | (0 - 8) |
| | Basophils | 1 | (0 - 2) |
| | Absolute Neutrophils | 3.5 | (1.5 - 8.0) |
| | Absolute Lymphocytes | 2.2 | (1.0 - 4.0) |
| | Absolute Monocytes | 0.4 | (0.2 - 1.0) |
| | Absolute Eosinophils | 0.2 | (0.0 - 0.60) |
| | Absolute Basophils | 0.0 | (0.0 - 0.20) |
| | Alcohol | A 118 | (NEG - ) |
| | Sodium | 140 | (135 - 148) |
| | Potassium | 3.7 | (3.5 - 5.0) |
| | Chloride | H 110 | (95 - 108) |
| | Bicarbonate | L 22 | (24 - 32) |
| | Glucose Level | 94 | (65 - 110) |
| | Blood Urea Nitrogen | 7 | (0 - 20) |
| | Creatinine | 0.4 | (0 - 1.7) |
| | Calcium | 8.5 | (8.5 - 10.5) |
| | Phencyclidine | NEGATIVE | (NEG - ) |
| | Benzodiazepines | A POSITIVE | (NEG - ) |
| | Cocaine | NEGATIVE | (NEG - ) |
| | Amphetamines | NEGATIVE | (NEG - ) |
| | Tetrahydrocannabinol | NEGATIVE | (NEG - ) |
| | Opiates | NEGATIVE | (NEG - ) |
| | Barbiturates | NEGATIVE | (NEG - ) |
| | COMMNT | COMMNT | |
| | GFR (non-African Amer, Estimate* | >60 | (>59 - ) |
| | GFR (African American, Estimate* | >60 | (>59 - ) |
| | Urine Color | YELLOW | |
| | Urine Turbidity | CLEAR | |
| | Urine Specific Gravity | 1.015 | (1.005 - 1.03) |
| | Urine pH | 6.5 | (5.0 - 7.0) |
| | Urine Protein Screen | NEGATIVE | (NEG/TRACE - ) |
| | Urine Glucose | NEGATIVE | (NEG - ) |
| | Urine Ketones | NEGATIVE | (NEG - ) |
| | Urine Bilirubin | NEGATIVE | (NEG - ) |
| | Urine Blood | NEGATIVE | (NEG - ) |
| | Urine Nitrites | NEGATIVE | (NEG - ) |

Patient: HAHN, ELOISE
MRN: 000102514601

Date Range: 1/1/2007 0:00 - 7/6/2007 23:59

Printed by: Zaplain-Adams, Imelda
Printed on: 7/6/2007 0:37

| Urine Leukocyte Esterase | NEGATIVE | (NEG - ) |
| Urine Urobilinogen | 0.2 | (0.1 - 1.0) |
| Urine Microscopic Exam | MICROSCOPIC NOT INDICATED | |
| Acetaminophen Level | <9.0 | |
| Acetaminophen, Comment | THERAPEUTIC RANGE: 10-25 UG/ML | |
| Salicylate | <4.0 | |
| Salicylate, Comment | THERAPEUTIC RANGE: 0-25 MG/DL | |

7  21:47    3129264845                    N.WESTERN RADIOLOGY                    PAGE  02

**N** **Northwestern Memorial**
**Hospital**
Chicago, Illinois 60611

## DEPARTMENT OF RADIOLOGY
## REREAD FORM

**1. Patient Information**
Last Name _Hatsa 51_    First Name _Elotel_
MRN _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_    Gender ____    Age ____

**2. Study Information**
Exam(s) _PM Chet 2055_    Date _5 22 07_

**3. Summary of Preliminary Report**
_No infiltrate_

**4. Changes of Preliminary Report**
Please Print Legibly

_QUESTION INFILTRATE VS ATELECTASIS &_
_PROMINENT VESSELES LLL (CALLED 6 33_
_PATIENT IN ER)_

Recommendation _SUGGEST PA & LAT. CHEST_

Attending Signature _PhW DC_    Date _5 22 07_
Attending Name (Print) _E. NUDELMAN_    Time _8 24_ AM/**PM**

**5. Disposition**
Call operator services at 6-3336 to determine patient location and obtain unit phone number. If patient was admitted, contact the physician caring for the patient, add an exam note to PACS, and document the communication in the final report.

**6. If Patient Discharged**
If the patient was discharged from the emergency department, notify the charge nurse, add an exam note to PACS, complete this form and fax to the emergency department at 6-1967.    _Fax 6-1967_
☐ Notify the charge nurse for ALL CASES at 6-9745 and document in the final radiology report.

☑ **EMERGENT**
Date _5 22 07_  Time _8 20_ AM/**PM**    Person Notified _G. GUAJARDO RN_

**For Emergency Department Use Only**
ED Physician Name _Pearlman_    Date _5 25 07_
Recommendation _have pt follow up for urgent xray film_ _& ED to contact_
Patient contacted by: ☐ Phone Date _/ /_    Time ____ AM/PM  Other(explain) _PCP by 6m_
☑ Certified letter sent. Date _5 28 07_
☐ The primary care physician has been contacted. Physician Name ____
Outcome: _5/25 message left R 5/28 Pt has not returned call_
_mailbox is full letter sent_
Signature _Stanfield_    Name (print) _L. STANFIELD_  Date _5 28 07_
☐ Follow up complete. Fax to Inpatient Radiology at 6-4765. _4735_

503579 (01/06)

Date: May 28, 2007

Medical Record Number: 102514601
Account Number: 92502657

Ms. Eloise Hahn
1631 S. Clarence Av.
Berwyn, Il.
60402

Dear Ms. Hahn,

You were seen in the Emergency Department on May 22, 2007.
At that time, you had x-rays taken of your chest.
We have been unable to reach you by phone to inform you of the
official result.  The x-rays show a questionable infiltrate vs. prominent
vessels left lower lobe of your lung. You should have another chest
xray to further evaluate these findings.
Please follow-up for further evaluation with your physician.
If you need assistance with finding a physician, please call our
Physician Referral Service at 312.926.8400.  If you have any further
questions, please call the charge nurse at 312.926.5188.

Sincerely,

L. Stansfield   RN
Patient Care Coordinator
312.926.0981



HAHN, ELOISE

47 years
Female

Room: ED71
Loc: 50          Opt 9

ID: 00010251460I

Vent. rate          70 bpm
PR interval        196 ms
QRS duration       98 ms
QT/QTc        424/457 ms
P-R-T axes    67  28  46

Technician: 3856
Test ind: RHYTHM EVAL

22-May-2007    19:37:53    NORTHWESTERN MEMORIAL HOSPITAL

Normal sinus rhythm
Normal ECG

Referred by: ED

Unconfirmed



HAHN, ELOISE

ID: 00010251601

22-May-2007    19:27:53    NORTHWESTERN MEMORIAL HOSPITAL

47years
Female

Room: EDT1
Loc: 50    Opt: 9

Vent rate        70 bpm
PR interval      196 ms
QRS duration     99 ms
QT/QTc           434/457 ms
P-R-T axes       67  23  46

Technician: 3866
Test ind: RHYTHM EVAL.

Referred by: BD

Unconfirmed

# Northwestern Memorial® Hospital
Chicago, IL 60611

Date: 5/22/07

## EMERGENCY DEPARTMENT RESTRAINT FLOWSHEET

HAHN, ELOISE
02/10/1960          47        F
000102514601
Emergency-Room, Dept
000092502657          05/22/2007

Initials = Care given/Observation made
R = Patient Refused
* = Refer to Nursing Notes

A-Alert/Cooperative
S-Sleeping          + = Intact
R-Restless          +/- = Impaired
C-Combative         - = Absent

A   Confusion
B   Agitation
C   Prevention of Harm
D   Prevent tube/line removal
E   Violent/Aggressive Behavior
F   Other

| Time | LOC | Initials | CMS | Reassess | Yes D/C | If Cont'd Code | Initials | Fluids Toilet | Location | ROM | Food | Initials | Full Signature/Initials |
|------|-----|---------|-----|----------|---------|---------------|---------|--------------|----------|-----|------|---------|------------------------|
| | | | | Yes | Yes D/c'd | E | | Water BCHM | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | (+) | N/A | | |
| | | | (+) | Yes | Yes D/c'd | E | | Water BCHM | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | (+) | N/A | | |
| | | | (+) | Yes | Yes D/c'd | E | H2O BCHM | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | (+) | N/A | | |
| | | | (+) | Yes | Yes D/c'd | E | H2O BCHM | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | (+) | N/A | | |

Observe Behav Health q15 min, Med/Surg q 1 hr

If Behavioral Health, check need for New Order:
Adult 18 and over: Not to exceed 4 hours
Children/Adolescent 9 to 17: Not to exceed 2 hours
Children under 9: Not to exceed 1 hour

| Time | LOC | Initials | CMS | Reassess | Yes D/C | If Cont'd Code | Initials | Fluids Toilet | Location | ROM | Food | Initials | Full Signature/Initials |
|------|-----|---------|-----|----------|---------|---------------|---------|--------------|----------|-----|------|---------|------------------------|
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |

Observe Behav Health q15 min, Med/Surg q 1 hr

If Behavioral Health, check need for New Order:
Adult 18 and over: Not to exceed 4 hours
Children/Adolescent 9 to 17: Not to exceed 2 hours
Children under 9: Not to exceed 1 hour

| Time | LOC | Initials | CMS | Reassess | Yes D/C | If Cont'd Code | Initials | Fluids Toilet | Location | ROM | Food | Initials | Full Signature/Initials |
|------|-----|---------|-----|----------|---------|---------------|---------|--------------|----------|-----|------|---------|------------------------|
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |
| | | | | Yes | Yes D/c'd | | | | Locked x 4 / Mitten RH LH / Splint RA LA / Vest / Soft RA LA RL LL | | | | |

Date/Time Restraints Removed: _____   By Whom: _____

Was patient evaluated by Psychiatry: ☐ Yes ☐ No     ☐ Disposition: ☐ Discharged ☐ Admitted ☐ Transferred to _____

420360 (01/03)

## BEHAVIORAL HEALTH
## RESTRAINT UTILIZATION ORDER

IMPRINT · EACH SECTION BEFORE
PLACING IN PATIENT CHART

Date: 5/22/07

Events leading up to need for restraints:

☒ See Nurses Notes _____

**I. REASONS FOR RESTRAINTS:**
*Can be a combination of reasons. To initiate behavioral restraints, patient must exhibit violent/aggressive behavior

☐ A. Confusion
☒ B. Agitation
☐ C. Prevention of harm to self/others
☐ D. Prevention of removal of tubes/lines
☒ E. Violent/Aggressive Behavior
☐ F. Other _____

**II. ALTERNATIVES TO RESTRAINTS CONSIDERED/ATTEMPTED:**
☐ A. Reorientation to environment and/or plan of care
☐ B. Positioning/ambulation
☐ C. Staff or family supervision
☒ D. Medication/pain management
☐ E. Disguise/cover tubes/lines/drains
☐ F. Other _____

Patient was Appropriately:
☒ Searched
☒ Undressed/Gowned

Belongings are:
☒ With security
☒ Bagged and labeled    (4 envelopes)
☒ Enclosed in Valuables envelope on unit

Signature of Nurse/
Physician Evaluating Patient _____

**TYPE OF RESTRAINT (Check All That Apply):**
☒ E. Locked limb restraints x 4
☐ F. Other _____

Will patient be recipient of psychiatric services? If yes, Psychiatry notified. ☒ Yes  ☐ No

* Provided patient with copy of Notice Regarding Restricted Rights of Individual IL462-2004
* The Restraint does not pose undue risk to the patient's health in light of his/her physical and medical health.
  Initials _____ MD only

If either wants to be contacted prior to removal of restraints, please indicate: ☐ Attending  ☐ Housestaff

## Continuous 1:1 observation required.

Time Limits: Adult 18 and over - Not to exceed 4 hours
Children/Adolescents 9 to 18 - Not to exceed 2 hours
Children under 9 - Not to exceed 1 hour

Order effective from 5/22/07 1730  am/pm  To 5/22/07 2130  am/pm  (Refer to Time Limit)
                   (Date/time)                (Date/time)

Physician Signature: _____   Pager Number: 3170

Order effective from _____ am/pm To _____ am/pm  (Refer to Time Limit)
                    (Date/time)            (Date/time)

Physician Signature: _____   Pager Number: _____

Order effective from _____ am/pm To _____ am/pm  (Refer to Time Limit)
                    (Date/time)            (Date/time)

Physician Signature: _____   Pager Number: _____

420360 Becker (01/03)

# NM Northwestern Memorial® Hospital

**Name:** HAHN, ELOISE
**DOB:** 3/7/1954
**Age/Sex:** 53 years/Female
**Loc:** Emergency Department0007 14
**Admitting Date:** 5/22/2007

**MRN:** 000102514601
**Acct:** 000092502657
**DOS:** 5/22/2007
**Admitting MD:** Emergency-Room, Dept
**Attending MD:** Emergency-Room, Dept
**Discharge Date:**

## PFS CHART FORMAT

| | Procedure Units | Residential Arrangement - Psych | Household Composition - PSYCH | Race - PSYCH |
|---|---|---|---|---|
| 5/22/2007 | 9:35:00 PM | See Below | See Below | See Below |

5/22/2007 9:35:00 PM Residential Arrangement - Psych
22 - Private residence, client is unsupervised, considered t

5/22/2007 9:35:00 PM Household Composition - PSYCH
20 - Lives with one or more relatives (biological, step or a

5/22/2007 9:35:00 PM Race - PSYCH
10 - White (origins in any of the original peoples of Europe

| | Procedure Units | Hispanic Origin - PSYCH | Citizenship - PSYCH | Military Status - PSYCH |
|---|---|---|---|---|
| 5/22/2007 | 9:35:00 PM | 00 - Not of Hispanic Origin | Yes | None |

| | Procedure Units | Education Level - PSYCH | Employment - PSYCH | Primary Language - PSYCH |
|---|---|---|---|---|
| 5/22/2007 | 9:35:00 PM | 50 - College Bachelor's degree | See Below | 10 - English |

5/22/2007 9:35:00 PM Employment - PSYCH
30 - Not in the labor force (retired, homemaker, student, re

| | Procedure Units | Interpreter Services - PSYCH |
|---|---|---|
| 5/22/2007 | 9:35:00 PM | 0 - Services not needed |



**Northwestern Memorial® Hospital**

HAHN, ELOISE
02/10/1960          47        F
 000102514601
Emergency-Room, Dept
000092502657      05/22/2007

## Psychiatry Emergency Department – 1546

### Initial ED Crisis Evaluation
### Charge Code Indicator

Patient Name: _Eloise Hahn_          Date: _5/22/07_

Check Correct Charge Code Below:

☑    1546-50000 ED Crisis Eval – LP (licensed provider)

☐    1546-99999 ED Crisis Eval – NLP (non-licensed provider)

Charge Code Indicator
Revised: 9/13/04

HAHN, ELOISE
02/10/1960                47        F
000102514601
Emergency-Room, Dept
000092502657              05/22/2007

**NM Northwestern Memorial Hospital**

Stone Institute of Psychiatry
Outpatient Services

## RIGHTS OF CLIENTS

*Participation in any Stone Institute of Psychiatry Outpatient Program does not remove or in any way diminish your rights and privileges as an individual. Chapter Two of the Mental Health and Developmental Disabilities Code and the Illinois Confidentiality Act describe specific rights of consumers of mental health services. Copies of these documents are available at the Institute of Psychiatry. You may also obtain one on your own by writing to the Illinois Department of Mental Health and Developmental Disabilities, 402 Stratton Office Building, Springfield, IL 62706. There may be a nominal charge.*

1)  You have the right to impartial access to treatment regardless of race, religion, sex, ethnicity, age, or handicap.

2)  You are entitled to adequate and humane care and services in the least restrictive environment, in accordance with an individual treatment plan that you participate in developing, reviewing, and revising.

3)  Any unusual, hazardous, or experimental services require your written and informed consent.

4)  Except in emergencies, no medical services will be provided to you without your informed consent.

5)  All clients of the Stone Institute of Psychiatry shall be free from abuse and/or neglect and/or exploitation.

6)  You have the right to request the opinion of a consultant at your expense or to request an in-house review of the individual treatment plan.

7)  You have the right to inspect and copy your medical record if you are age twelve or older.

8)  You have the right to expect that your communications - e.g. opinions, recommendations, and grievances will be reviewed and responded to. Such communications should be conveyed first to your therapist. If you feel the issue has not been resolved satisfactorily, you may take the matter in writing to the Manager of the program in which you are receiving services or to the hospital's Patient Representative. If there is still no satisfactory response, the matter may be directed in writing to the Director of Outpatient Care, then to the Director of the Stone Institute of Psychiatry, and finally to the Chairman of the Department of Psychiatry.

9)  You have the right to refuse services. You (or your guardian on your behalf) have the right to refuse services, including medication. If you refuse, you will not be given such services except when necessary to prevent you from causing serious harm to yourself or others. You will also be informed of alternate services available and the risks of such alternatives as well as the possible consequences to you of refusal of such services.

10) You will be advised in writing of the side effects of any psychotropic medication prescribed to you.

11) You have the right to expect that all measures will be taken to ensure the confidentiality mandated by the Mental Health and Developmental Disabilities Confidentiality Act and the Health Insurance Portability and Accountability Act of 1996. In limited circumstances, information about your treatment may be released without your permission, such as, to your therapist's supervisor or to your treatment team. These circumstances are defined in the Mental Health and Developmental Disabilities Confidentiality Act, which can be made available to you upon request.

12) Clients have the right to expect that all measures will be taken to ensure the confidentiality mandated by the federal alcohol and drug abuse confidentiality regulations (Federal Regulations 42 CFR pt.2 passed in July, 1987) as well as any applicable state laws.

13) Clients have a right to expect that information about their AIDS/HIV status will be kept confidential, as mandated by state regulations. Clients cannot be required to disclose this information as a condition of treatment. As a part of treatment, clients will be given AIDS/HIV risk reduction counseling and, if desired, a referral for anonymous HIV testing.

14) You have a right to legal counsel and other due process.

15) If your rights are restricted, the facility must notify:

   a) your parent or guardian if you are under age eighteen,
   b) you and the person of your choice,
   c) the Guardianship and Mental Health Advocacy Commission if you say you want the commission to be contacted. The Commission's address and telephone number is:

         160 North LaSalle, Suite S-500
         Chicago, IL 60601
         (312) 793-5900

   d) Equip for Equality if you say you want this organization to be contacted. Equip for Equality's address and telephone number is:

         11 E. Adams, Suite 1200
         Chicago, IL 60603
         (312) 341-0022 or (800) 537-2632

16) You may not be denied services, or have services suspended, terminated, or reduced in any way for exercising any of your rights as an individual.

17) You have the right to contact the public payer

*I have read and understood these rights.*

_E H_____                    _____
**Signature of Client or Guardian**                  **Date**


_____ *Client refuses to sign Rights of Clients*

I have explained the Client Rights to ___Eloise Holm___ and
☑ believe s/he understood them.
☐ believe s/he did not understand them and will continue to try to explain them.

_Robert J Barnes LN_____          _5/22/07_
**Staff Signature**                          **Date**

                                             Revised 10/05

NORTHWESTERN MEMORIAL HOSPITAL                          Rev. 03/07/01
STONE INSTITUTE OF PSYCHIATRY
Chicago, Illinois 60611

## FINANCIAL INFORMATION

Patient Last Name: _Halen_          First Name: _Eloise_    M.I.: ____

Social Security #: _322_ - _46_ - _4890_     _3/7/54_

Name of Insured Person: _____    Relationship to Patient: _____

Name of Insurance Company: _Blue Cross PPO_ _____

Managed Care Co. for Mental Health Benefits: _____ ( ) - ___

Insured ID #/PA #: _____    Group #/PA Rec. #: _____

## AUTHORIZATION FOR CLINICAL SERVICE

Name of Contact Person: _____ ( ) - ___ ext. ___

Date and Time of Precert: _____

Person to call with clinical information: _____ ( ) - ___ ext. ___

If not called in specify reason: _____

Services Authorized: _____

Authorization #: _____

Inpatient Benefit: _____

Partial Hospital Benefit: _____

Outpatient Benefit: _____

PPO/Network Considerations: _____

PA Spend Down: _____

SSI/SSDI: _____

Comments: _Does not have her insurance card._

_____

_____

Follow up: _____

_____

Completed by: _____

**IVI Northwestern Memorial Hospital**

Stone Institute of Psychiatry

HAHN, ELOISE
02/10/1960          47      F
000102514601
Emergency-Room, Dept
000092502657      05/22/2007

## Psych ED Flow Sheet

Date: _5/22/07_

Mode of Arrival: _CPD_                    Time of Arrival: _1737_ am/pm

Chief Complaint: _combative_

Placed in ED bed: _1737_ am/pm

Time of initial Psych contact: _2125_ am/pm

Placed in Psych ED: _2135_ am/pm

Security search completed: _in ED_ am/pm

| | |
|---|---|
| **Personal Belongings:** | |
| ☐ Kept by patient | |
| ☐ Sharps separated, held by staff | |
| ☐ Sent home with family | |
| ☐ Valuables sent to registration | |
| ☐ Other: | |

On standby in medical ED:        ☒ Yes  ☐ No
In restraints in medical ED:       ☒ Yes  ☐ No
If yes, are restraints continued?  ☐ Yes  ☒ No
Restraints applied in Psych ED?   ☐ Yes  ☒ No

MD order obtained/Restraint Flow Sheet initiated: _____ am/pm

Patient removed from restraints in the Psych ED: _____ am/pm

Disposition:
☐ Admit to Stone Institute of Psychiatry
    Unit: _____    Time: _____ am/pm
    ☐ Taken to unit in wheelchair by Patient Transportation with Security escort
    ☐ Taken to unit in restraints on gurney by Patient Transportation with Security escort
    ☐ ID band on wrist
    ☐ Other: _____

☐ Transfer to another psychiatric hospital: _____  Time: _____ am/pm
    ☐ Physician certificate for transfer completed
    ☐ Certificate and Petition completed, copied and placed in medical record
    ☐ ID band on wrist
    ☐ Patient transported via ambulance in restraints
    ☐ Patient transported via ambulance without restraints
    Reason:
    ☐ No Funding                    ☐ Patient MD Request
    ☐ No Bed                        ☐ No Bed
    ☐ Out of Network Funding        ☐ Other_____

☒ Discharge
    ☒ MD Notified of Discharge        ☒ Stable for Discharge @ 2315

☐ Other Disposition in Stone Institute
    ☐ OTC   ☐ Rehab
    ☐ EHP   ☐ Union House    ☐ Carter House
    Comments (appointment date and time): _____

☐ Other: _____

Signature: _Robe Ll Burns RN_                    Date: _5/22/07_

Revised 7/31/06 lb

# M Northwestern Memorial Hospital

## Stone Institute of Psychiatry

Eloise
Hahn

| Event Log (include mental status changes, food and fluid intake, toileting, medication given, unusual circumstances, restraint information, external/collateral contacts, "seen by", etc. as they happen) | | |
|---|---|---|
| Date/Time | Brief description of event | Signature |
| 2135 | Patient indicated his/her preference for type of emergency intervention if circumstance arises. Preference checked : ☐ No preference ☐ Emergency forced medications ☐ Restraints ☐ Seclusion ☒ Other /describe. "I would deny that" | A Burmser |
| 2120 | medically cleared 's bought to Crisis/ wo Xray report for MD | A Burmser |
| 2125 | Security assisting pt into gowns | A Burmser |
| 2135 | began assessment | A Burmser |
| 2230 | seen by Dr Castakis | A Burmser |
| 2240 | up to washroom | A Burmser |
| 2315 | DC to self awaiting for nephew to pick her up in WR | A Burmser |

Revised 7/31/06 tb

**Northwestern Memorial Hospital**
Chicago Illinois 60611

## EMERGENCY NURSING FLOW SHEET - Page 1

Triage Time: 131  Date: 5/29/07  Name: Eloise Hahn

CC: Confused

DOB:  Age:  PMD:  ☐ M  ☒ F

Arrival: ☐ Ambulatory  ☐ WC  ☐ Stretcher  ☐ CFD# _____  ☒ CPD  Beat: 172  Star #: 1604  Name: _____

Prehospital Interventions: ☐ Spinal Immobilization  IV Fluids/Meds: _____ Chemstick _____

Last Td: _____  Peds Immunizations UTD ☐ Yes ☐ No ☐ Info Provided  LMP _____  EDC: _____  G ____ / P ____

☐ Hearing Impaired  ☐ Visually Impaired  ☐ Interpreter Called  Language, if not English _____  Wt: _____ Kg / lb.

**TRIAGE NOTE:**
Pt brought in per CPD
Pt was confused c CPD
Pt restrained in ambulance
stated per CPD request
Pt yelling, tearful, anxious
uncooperative

**ALL/MEDS/PMH:**
Hypothyroidism
Osteopenia
Osteoporosis
☒ NKDA

Triage Nurse Signature: _____

Triage Category: ☐ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5  Upgrade Cat: ____  Time ____

☐ Left without notifying the nurse prior to medical screening.
☐ Informed of risks of leaving prior to medical screening. Patient Signature _____  RN Initials/Time _____

| Time: | T | HR | RR | BP | Rhythm | Pulse OX O₂ | Pain 0/10 | | Time | IV Catheter Site, Solution | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | | | | | | | | | | | |

**INTERVENTIONS:** ☐ ICE  ☐ ELEVATION  ☐ SLING  ☐ MEDS
☒ UHCG POSITIVE / NEGATIVE ( √ - CONTROLS VERIFIED)  ☐ MASK APPLIED
☐ VISUAL ACUITY: OD (R) _____  OS (L) _____  WITH / WITHOUT CORRECTION
☒ SECURITY STANDBY TIME: _____  TIME PLACED _____  RM # _____

## MEDICATIONS

| Name | Dose | Route | Frequency | Name | Dose | Route | Frequency |
|---|---|---|---|---|---|---|---|
| Buspar | | | | Seroquel | | | |
| ASA - Cal | | | | Cosy | | | |
| Zocor | | | | HyDrd | | | |
| enalapril | | | | Simvastatin | | | |
| medicia | | | | DiAzepAM | | | |
| Valium | | | | | | | |
| metformin | | | | | | | |

## PHYSICIAN REFERRAL NOTE

PATIENT'S NAME: _____ Last _____ First _____

Date: _____  Time: _____

Vital Signs: _____

Triage Information: _____

_____

ER PHYSICIAN TO NOTIFY _____  PAGER / PHONE NO. _____

☐ Estimated time of arrival (ETA) _____

Person taking note: _____  404640

404640 3/07

# NM Northwestern Memorial® Hospital

Chicago Illinois 60611

● **EMERGENCY NURSING FLOW SHEET - Page** 4

HAHN, ELOISE
02/10/1960        47        F
000102514601
Emergency-Room, Dept
000092502657        05/22/2007

**NURSING DOCUMENTATION**
Assess = ✔ = No Change
* = Changed / See Nursing Narrative

| Time | T | HR | RR | BP | Rhythm | Pulse OX O₂ | Pain 0 - 10 | Assess | MEDS | Nursing Narrative |
|------|---|----|----|----|--------|--------|-------|--------|------|-------------------|
| 1956 | 974 | 85 | 18 | 128/58 | | 94 RA | 0/10 | | | Pt sleeping easily aroused. Stating "no one took care of her problems i her with cage. Resp unlabored; regular Chem W D ___ (L) |
| 2020 | | | | | | | | | | Pt Family @ BS i security @ standby = KP |
| 1049 | | | | | | | | | | X-ray done. KP |
| 2100 | | | | | | | | | | Crisis at bedside @ |
| 2115 | | | | | | | | | | pt to cross cal as ___ removed from restraints ___ |

| Time | IV Catheter Site, Solution | Rate | Intake | | Output | | Initials | Signature |
|------|---------------------------|------|--------|-----|--------|-------|----------|-----------|
| | | | IV | Oral | Urine | Other | | |
| | | | | | | | 140 | |
| | | | | | | | AT | |

Transfer/
Admit To: _____  Time: _____
Report
Called To: _____  By: _____

☐ ℞ RN    ☐ MD    ☐ On Monitor

**Belongings:**
☐ Bagged & Labeled   ☐ Kept by Patient   ☐ Sent Home w/Family

**Patient understands discharge instructions as evidenced by:**
☐ Stating essential concepts   ☐ Performs with physical assistance
☐ Performs independently   ☐ States or performs with verbal cues
☐ Offered and refused   ☐ No evidence of learning
Follow-up:   ☐ Teaching complete   ☐ Family instructed
☐ Recommended further teaching by primary MD
☐ Patient transferred to supportive care facility
☐ DC Instructions given/Verbalized understanding

420552

420552 (11/00)

# Northwestern Memorial Hospital

Chicago, Illinois 60611

**EMERGENCY DEPARTMENT**
**PHYSICIAN MEDICAL RECORD**
Page 1

HAHN, ELOISE
02/10/1960    47    F
000102514601
Emergency-Room, Dept
000092502657    05/22/2007

| PATIENT NAME (LAST, FIRST, MIDDLE) | BIRTHDATE | SEX | DATE REGISTERED | ATTENDING PHYSICIAN CONFIRMATION OF CC/HPI WITH THE FOLLOWING KEY ELEMENTS, REVISIONS AND CLARIFICATIONS: |
|---|---|---|---|---|

**HISTORY**

MD TIME: 1913    PMD:

CC/HPI: *(illegible handwriting)*

REV: PAST MEDICAL RECORD REVIEWED
Psychosis
DM

ALLERGIES: ☑ NKDA    MEDS: *(illegible)* metformin, risperdal, *(illegible)*
REACTION:

FAMILY HX: *(illegible)*
SOC HX: ALCOHOL    TOBACCO    ☐ OTHER
☐ PATIENT UNABLE TO PROVIDE DUE TO:

**REVIEW OF SYSTEMS**

| NEG | | NEG | |
|---|---|---|---|
| ☑ EYES | | ☐ ALLERGY/IMMUNO | |
| ☑ ENT | | ☐ MUSC/SKEL | |
| ☐ CV | | ☐ HEMA/LYMPH | |
| ☐ RESP | | ☐ ENDOC | |
| ☐ GI | | ☐ DERM | |
| ☑ GU | | ☐ PSYCH | |
| ☑ NEURO | | ☐ OTHER | |

☑ ROS FINDINGS CONFIRMED

**PHYSICAL**

NEG  TEMP  PULSE 85  RESP 22/58  BP 18  SAT 0

| | | | |
|---|---|---|---|
| ☐ GEN | | ☐ GEN | |
| ☐ EYES | | ☐ EYES | |
| ☐ HEENT | | ☐ HEENT | |
| ☐ THYR | | ☐ THYR | |
| ☐ SPINE | | ☐ SPINE | |
| ☐ PULM | | ☐ PULM | |
| ☐ CV | | ☐ CV | |
| ☐ ABD | | ☐ ABD | |
| ☐ RECTAL | | ☐ R | |
| ☐ GU / GYN | | ☐ GU | |
| ☐ EXTR | | ☐ EXTR | |
| ☐ NEURO | | ☐ NEURO | |
| CR. N | | | |
| MOTOR | | | |
| SENS | | | |
| REFL | | | |
| CEREB | | | |
| ☐ PSYCH | | ☐ PSY | |
| ☐ SKIN | | ☐ SKIN | |
| ☐ LYMPH | | ☐ LYMP | |

PHYSICAL EXAM FINDINGS CONFIRMED

**Northwestern Memorial Hospital**
Chicago, Illinois 60611

HAHN, ELOISE
02/10/1960 47 F
000102514601
Emergency-Room, Dept
000092502657 05/22/2007

ROOM: TR

**EMERGENCY DEPARTMENT PHYSICIAN MEDICAL RECORD**
**ASSESSMENT / RX / DISP**
**Page 2**

PATIENT NAME (LAST, FIRST, MIDDLE) | BIRTHDATE | SEX | DATE REGISTERED

MANAGEMENT / PLAN

ASSESSMENT / DDX — WORK-UP / PLAN OF CARE

47 y o f here c̄ [illegible] delusions
psychosis agitation [illegible]
- [illegible]
- chemical + physical restraints

PATIENT ASSESSMENT AND CARE PLAN REVIEWED BY ATTENDING PHYSICIAN WITH FOLLOWING ADDITIONS:

47 y o f [illegible] [illegible] plan [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

PROCEDURES

☐ AIRWAY ASSIST ☐ VENTILATE ____ ☐ CPR ☐ DEFIB X ☐ PACE ____
☐ MD BLOOD DRAW ☐ MD IV START ☐ CENTRAL IV LOCATION ____
☐ ABG SITE ____ RESULT ____ INTERP: ____
☐ INTUBATE ETNT ____ TUBE ____ POSITION ____ CONFIRM:
☐ REGL ANESTHETIC DRUG: ____ AT ____ AMT
☐ CONSCIOUS SEDATION DRUG: ____ EFFECT
☐ LP NOTE ATTACHE RESULT ____
☐ FX REDUCE/SPLINT LOCATION
☐ WOUND CARE AT: DEBRIDE: IRRIGATE: STAPLE:
☐ SUTURE LOCATION LENGTH LAYERS SUTURE TYPE
☐ SLIT LAMP EXAM
☐ OTHER:

ATTENDING PHYSICIAN OBS/SUPERVISED
☐ CRITICAL CARE MINUTES
☐ - [illegible]
☐ - [illegible] labs
☐
☐ BL - 27
☐
☐
☐ 12.1
☐ 6.9 — 254
☐
☐
☐ [illegible] - 110

170 | 110 | 9
5.7 | 22 | 0.7 | 99
[illegible] - 27

REASSESSMENT

PROGRESS NOTES:

[illegible handwriting]

☐ EMS RUN SHEET/REPORT REVIEWED
☐ TRANSFER RECORDS REVIEWED
☐ LABS/X-RAYS/TESTS REVIEWED

DIAGNOSIS
1 Psychosis
2
3
4
5

TIME

CONSULT ____ DR ____
RESPONDED ____
PMD CONTACT: ____ ☐ RESPONDED ____
DISCH ____
LEFT DEPT ____ DOA/EXPIRED ____ ☐ AMA

Condition upon Discharge
☐ STABLE ☐ UNSTABLE

SIGNATURE OF ATTENDING PHYSICIAN 1
[signature] 1545
ID #

☐ ENDORSED TO: AT:

SIGNATURES

SIGNATURE OF RESIDENT PHYSICIAN(S)
1 ID #
2 [signature] ID # [illegible]

☐ ATTACHED CONSULTS/ PROGRESS NOTES:

SIGNATURE OF ATTENDING PHYSICIAN 2
ID #

**NM Northwestern Memorial® Hospital**
Chicago Illinois 60611

**EMERGENCY NURSING FLOW SHEET - Page 2**

HAHN, ELOISE
02/10/1960     47     F
000102514601

Emergency-Room, Dept
000092502657     05/22/2007

| Time | Nursing Narrative |
|------|-------------------|
|      |                   |

**PRIMARY NURSE ASSESSMENT**

**AIRWAY**
Patient  ☑ WNL
☐ Obstructed     ☐ Stridor

**BREATHING**
Unlabored  ☑ WNL
☐ Labored     Breath Sounds
☐ Acc. Muscle Use     L     R
☐ Retractions     ☐ Rales ☐
☐ Rhonci ☐
☐ Wheeze ☐
☐ Diminished ☐
☐ Absent ☐

**CIRCULATION**
Normal / Warm / Dry / Cap. Refill <2 Sec.
☑ WNL
☐ Cyanotic
☐ Cap. Refill >2 Sec.     ☐ Cool
☐ Moist     ☐ Pale
☐ Ashen     ☐ Flushed
☐ Edema 4+  3+  2+  1+
Site:

**NEURO**
Alert. O X 3, MAE's X 4     ☑ WNL
☐ Disoriented To _____
Responds to:
☑ Verbal     ☐ Pain     ☐ Unresponsive

**MUSCULOSKELETAL**
No Abnormality     ☐ WNL  ☑ NA
|          | LUE | RUE | LLE | RLE |
| Pain     | ☐ | ☐ | ☐ | ☐ |
| Pallor   | ☐ | ☐ | ☐ | ☐ |
| Parasthesia | ☐ | ☐ | ☐ | ☐ |
| Deformity | ☐ | ☐ | ☐ | ☐ |
| Swelling | ☐ | ☐ | ☐ | ☐ |

**GI/GU-GYNE**
Soft, non-tender, BS present  ☐ WNL  ☐ NA
☐ Hypoactive  ☐ Hyperactive  ☐ Absent
☐ Pain Location: TRIBS 4
☐ Distended     ☐ Dysuria
☐ Frequency     ☐ Hematuria
☐ Vag Bleeding     ☐ Vag discharge
FHT:

**SKIN**
Intact     ☐ WNL ☐ NA
☐ Laceration  ☐ Contusion  ☐ Abrasion
Location: _____
☐ Rash  Description _____

**PSYCHOSOCIAL**
Affect Appropriate     ☐ WNL  ☐ NA
☐ Agitated     ☐ Hostile
☑ Uncooperative     ☐ Suicidal
☐ Homicidal     ☐ Hallucinations
☐ Security Standby     ☐ Etoh/Chemical Abuse
Called at 1735

**ABUSE SCREEN**
Because violence is so common in our society we are asking our patients about it.
Are you in a relationship or living arrangement where you have been physically or emotionally hurt, neglected or threatened? ☐ Yes     ☐ No
Interventions  ☐ Accepted  ☐ Declined
☐ Written Resources Provided
☐ DV Advocate / Social Worker

| Time | T | HR | RR | BP | Rhythm | Pulse OX O₂ | Pain 0/10 |
|------|---|----|----|-----|--------|-------------|-----------|
|      |   |    |    |     |        |             |           |

| Time | Focused assessment |
|------|--------------------|
| 1745 | Pt brought by CPD due to pt being aggressive and uncooperative. Pt combative, screaming, and threatening staff. 4 point restraints in place. Security @ BS |

**NUTRITION**
Current Diet: _____
Last meal: _____
Unplanned weight loss in the last 6 months? _____
If yes, how much _____
A recent problem chewing/swallowing* _____

**LEARNING ASSESSMENT**
Patient unable to learn due to:
☐ Physical limitations     ☐ Pain/discomfort
☐ Cognitive limitations     ☐ Desire/motivation
☐ Religious/cultural practices
☐ Emotional barriers

**Transfer/**
Admit To: _____     Time: _____

**Report**
Called To: _____     By: _____

☐ RN     ☐ MD     ☐ On Monitor

**Belongings:**
☐ Bagged & Labeled  ☐ Kept by Patient  ☐ Sent Home w/Family

**Patient understands discharge instructions as evidenced by:**
☐ Stating essential concepts     ☐ Performs with physical assistance
☐ Performs independently     ☐ States or performs with verbal cues
☐ Offered and refused     ☐ No evidence of learning
Follow-up:     ☐ Teaching complete  ☐ Family instructed
☐ Recommended further teaching by primary MD
☐ Patient transferred to supportive care facility
☐ DC instructions given/Verbalized understanding

404541 (1208)

# NM Northwestern Memorial® Hospital

Chicago Illinois 60611

## EMERGENCY NURSING FLOW SHEET - Page 3

HAHN, ELOISE
02/10/1960     47     F
000102514601
Emergency-Room, Dept
000092502657     05/22/2007



P.23380 p1

### NURSING DOCUMENTATION

Assess = ✔ = No Change
* = Changed / See Nursing Narrative

| Time | T | HR | RR | BP | Rhythm | Pulse OX O₂ | Pain 0 - 10 | Assess | MEDS | Nursing Narrative |
|------|---|----|----|----|--------|------|------|--------|------|-------------------|
| 1800 | | | | | | | | | Haldol 5mg IM ← Ativan 2mg IM ← | |
| 1807 | 98.1 | 81 | 20 | 112/82 | reg | 98 | 0/10 | | | Pt still threatening pt to sue everyone around her claims we are there to kill her. Daughter attempted to be reached over the phone. — unsuccessfully. LM on answering machine. Pt given water. Pt sleeping comfortably. Daughter contacted, will come to NMH. Belongings bagged/labeled. Valuables locked in safe. Pt straight cath for urine sample. |
| 1834 1900 | | | | | | | | | | |
| 1915 | | | | | | | | | | |
| 1930 | | | | | | | | | | Negative urine pregnancy ← control (R) report rcvd. Nelson —RN |

| Time | IV Catheter Site, Solution | Rate | Intake I-IV \| Oral | Output Urine \| Other |
|------|----------------------------|------|--------------------|----------------------|
| | | | | |
| | | | | Pt Voids |
| | | | | |
| | | | | |

Transfer/Admit To: _____     Time: _____

Report Called To: _____     By: _____

☐ E RN    ☐ MD    ☐ On Monitor

Belongings:
☐ Bagged & Labeled    ☐ Kept by Patient    ☐ Sent Home w/Family

Patient understands discharge instructions as evidenced by:
☐ Stating essential concepts    ☐ Performs with physical assistance
☐ Performs independently    ☐ States or performs with verbal cues
☐ Offered and refused    ☐ No evidence of learning
Follow-up:    ☐ Teaching complete    ☐ Family instructed
☐ Recommended further teaching by primary MD
☐ Patient transferred to supportive care facility
☐ DC instructions given/Verbalized understanding

420552 (11/06)

# NM Northwestern Memorial Hospital

HAHN, ELOISE                                              F
0210960    047
000102514601
OR EMERGENCY-ROOM    00975
AC0092502657    052207

## Emergency Department Discharge Instructions

Diagnosis: Adjustment disorder with anxious mood

Treating Physician(s): Dr. Anna Costakis

Tests and Treatments given in the Emergency Department: Haldol 5mg IM, Ativan 2mg...

Instructions: Please follow up with your Employee Assistance Program and your psychiatric care doctor. Please call 911 or go to nearest ER if you have any thoughts of hurting yourself or anyone else. Crisis line: 312-926-8100.

- Always call your doctor to inform him/her of your Emergency Department visit and for further instructions.
- Call the NMH Physician referral at 312-926-8400 to arrange for further evaluation.

Follow up with: your Employee Assistance Program

Department: _____

When: _____

Prescriptions given: none

Return to the Emergency Department (ED) if: you have any thoughts of hurting yourself or anyone else.

☐ May return to work/school in _____ days.

Continue all home medications as directed: ☑ Yes  ☐ No

Change in home medication(s) as follows: none

- *Do not drive if you have pain, weakness, lightheadedness, dizziness or have had a seizure*
- *You may have been given medicine which makes you drowsy or impairs your judgment. Do not drive.*

**IN THE EVENT OF AN EMERGENCY WE ALWAYS RECOMMEND THAT YOU HAVE A CURRENT LIST OF YOUR MEDICATIONS. PLEASE REVIEW ALL MEDICATIONS WITH YOUR PHYSICIAN AND PHARMACIST AS SOME MEDICATIONS MAY HAVE INTERACTIONS. ALWAYS TAKE MEDICATION AS DIRECTED AND ALWAYS BE AWARE OF POTENTIAL SIDE EFFECTS FROM THESE MEDICATIONS.**

Additional instructions/information provided: Ø

To obtain a copy of your x-rays or CT scans, call the radiology department at 312-926-5100 to request them.
Full copies of your chart may be obtained through medical records:  312-926-3375
City of Chicago Domestic Violence Hotline:  1-877-863-6338

I hereby acknowledge receipt of the printed instructions as well as the verbal ones given to me by the ED staff.  I understand my treatment was on an emergency basis and I will follow up as directed for complete medical care. Preliminary test results are provided in the ED.  ED tests may be reviewed; you will be contacted with any additional recommendations.  Cultures obtained in the ED take at least 72 hours to grow and you will be contacted for positive results.

PATIENT SIGNATURE: X Eloise Hahn          DATE 5-22-07

DISCHARGE INSTRUCTIONS PROVIDED BY: A. Costakis MD

420557 (12/06)          White - Patient Copy          Canary - Medical Copy


420557

**MIDWEST MEDICAL RECORD ASSOCIATION**
999 PLAZA DRIVE
SUITE 690
SCHAUMBURG, IL 60173
(847)-413-9660
Tax ID No. 36-4125082

Quote #: JB189668



**Quote**

ELOISE HAHN
4631 SOUTH CLARENCE AVENUE
BERWYN, IL 60402

Patient: HAHN, ELOISE
Hospital: NORTHWESTERN MEMORIAL HOSPI

| | | |
|---|---|---|
| Quote Date: 07/09/2007 | Quote #: JB189668 | Request #: 189668 |
| Request Date: 06/29/2007 | Date Printed: 08/02/2007 | |
| Copied Date: 07/09/2007 | Reference #: | Hospital Rep.: NMH |

| Service Rendered | Quantity | Amount |
|---|---|---|
| COPY CHARGE PAPER | 32 | 25.49 |
| COPY CHARGE FICHE | 0 | 0.00 |
| COPY CHARGE ELECTRONIC DOCUMENT | 0 | 0.00 |
| Actual Postage | | ~~1.65~~ |
| Tax | | 0.00 |
| Less: Amount Received | ( | 0.00) |
| Amount Due | | ~~27.14~~ |

Terms: QUOTE

YOUR REQUEST HAS BEEN PROCESSED. PAYMENT IN ADVANCE IS REQUIRED BEFORE
RECORDS WILL BE SENT.

TO PROPERLY CREDIT YOUR ACCOUNT, PLEASE INCLUDE THE REQUEST #: **JB189668**
WITH YOUR PAYMENT TO ADDRESS LISTED AT TOP OF PAGE.
PLEASE MAKE CHECKS PAYABLE TO (MIDWEST MEDICAL RECORD ASSOCIATION)

*JB189668Q*

# PLEASE RETURN A COPY OF THIS INVOICE
# WITH YOUR REMITTANCE

**Northwestern Memorial Hospital**

## AUTHORIZATION FOR RELEASE OF INFORMATION

Records to be released from:

☒ Northwestern Memorial Hospital
251 East Huron Street
M-702
Chicago, Illinois 60611-2908
Phone: 312-926-3248
Fax: 312-926-3093

☐ Northwestern Memorial Physicians Group (NMPG)
680 N Lake Shore Dr
Suite 818
Chicago, Illinois 60611-2908
Phone: 312-926-3627

☐ HOLD FOR PICK-UP

Please mail authorization form to the appropriate address listed above

If records to be released are prior to 1974, please indicate hospital:
☐ Passavant Memorial Hospital
☐ Wesley Memorial Hospital

Print Patient's Name ___Eloise Hahn___

Address _163 S. Elmore Av_ City/State/Zip _Berwyn, IL 60402_

Date of Birth _03/07/54_ Last 4 digits of SSN _4890_ Phone (__) _408-8266_

I _Eloise W Hahn_ hereby authorize Northwestern Memorial HealthCare

to release (written/oral/electronic) information to:

Agency/Facility/Person: _USCIS Attn: Daphne Lawrence Not to_

Address: _55 N. Jackson Blvd_ City/State/Zip _Chicago, IL 60604 employee_

### INFORMATION TO BE RELEASED

| | | | |
|---|---|---|---|
| ☒ Discharge Summary | ☐ Operative Reports | ☐ Pathology Reports | ☒ Radiology Reports |
| ☒ Radiology Images* | ☐ Slides*** | ☐ Clinic/Office Record** | ☒ Psychological testing/assessment |
| *Please contact Radiology 312.926.5100 Or Mail to: Above address + Radiology Rm 4-712 | ***Please contact Pathology Department 312.926.3211 | **Please contact your Physician's Office directly | RECEIVED JUN 15 2007 BY: |
| ☐ Treatment Planning Form | ☒ Consultations | ☐ Integrated Assessment | ☒ Lab Reports |

☒ Record Abstract (History and Physical, Progress Notes, Lab, Radiology, Operative Report, Pathology Report, Consultation Report and other diagnostic tests)

☒ Patient review of record

☒ Other (Please specify) _Please send one copy to patient_

Concerning the care of the above patient from dates _5-22-07_ to _5-23-07_.

(Please see other side)

**NM** Northwestern Memorial
Hospital

This abstract *WILL* include sensitive information such as mental, substance abuse, or HIV/AIDS unless checked below. *(Check all that apply)*

☒ Mental Health          ☐ Substance Abuse          ☐ HIV/AIDS          ☒ Other _Emergency room_

These records are released for the purpose of *(Check all that apply)*

☐ Continuity of Care     ☐ Attorney/client relationship     ☐ Insurance     ☒ At the request of the patient

Allow 5 – 10 Business Days To Honor Requests for Paper Record / Radiology Images on CD

Patient Copy Fees:

☒ $.86 per page for 1 – 25 page(s)

☒ $.57 per page for each additional page over 25 pages through 50 pages

☒ $.29 per page for each additional page over 50 pages through 9,999 pages

☐ $1.43 per page for microfilmed pages

I understand that I have the right to inspect the disclosed information and may revoke this authorization at any time in writing except to the extent that records have already been released. In the event that written revocation of this consent is not made, this authorization will automatically expire in (6) months unless expiration date is otherwise amended. I understand that all radiology films will be returned to the hospital unless purchased as my own property.

_Elaine W. Hahn_                          _6-11-07_
**Signature: Patient or Legally Authorized Patient Representative**          **Date of Signature**

_self_
**Relationship to Patient**

_Louise Hahn_                          _6-11-07_
**Signature of Witness**                          **Date of Signature**

*For Internal Use Only:*
Date Copied: _____
By Whom: _____

*The Standards for Privacy of Individually Identifiable Health Information, 45 CFR Parts 160 and 164, state that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient.*

*The Federal Confidentiality Rules 42 CFR Part 2 prohibit making any further disclosure of drug and alcohol information unless further disclosure of this information is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.*

revised 06/2006

Northwestern Memorial Hospital
Medical Records/Correspondence
Room M-702
251 East Huron Street
Chicago, Illinois 60611

188531
Date: 6/15/2007

*10251460\\*
*5-22-07cr*

*32p?8co*

ELOISE MUHN
1631 SOUTH CLARENCE AVENUE

BERWYN, IL 60402

ELOISE MUHN                    Request Received:  6/15/2007

Dear Requestor:
This is to acknowledge receipt of your recent inquiry. The information is not available because:

( ) Your request lacks a valid authorization. It must be addressed to Northwestern Memorial Hospital; state the
purpose of the request; be dated after the time of treatment; specify the type of records needed and from what date
of service; indicate an expiration date, and be signed by the patient or a properly authorized and documented agent -
including power of attorney papers, estate papers, court orders and death certificates; Industrial Commission
subpoenas must include a check for $20.00 PLUS mileage. We may also need a notorized patient signature. Please
provide a letter of representation. An NMH authorization can be printed from www.nmh.org.

( ) We are currently unable to locate these records. If records are still needed please re-submit request.

( ) After a diligent search, we find no record of treatment for this patient with the information you provided.

( ) We have no information for the date(s) of service you have requested.

( ) This patient is currently in-house and the charts are unavailable. Please re-request at a later date, with an
updated authorization if neccessary.

( ) The chart for this request contains sensitive information protected by Federal Regulations. Your request must:
Specify the type of records needed (mental health, substance abuse, HIV/AIDS); be accompanied by the patient's
signed authorization (mental health patients between 12-17 years old must sign for their own records, counter
signed by a parent or therapist); or a court order signed by a judge.

(X) We are unable to identify the patient because of a lack of identifying information.  Please provide the following:

| | |
|---|---|
| eloise k Huhn | Patient name (please print) |
| 3/7/ 54 | Date of birth |
| 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 | Social security number |
| 5-22-07 | Date(s) of service/Date of Accident |

( ) Northwestern Memorial Hospital does not maintain the records requested.  Try contacting the outpatient
department.

Sincerely,
Release of Information 312-926-3248

RECEIVED
JUN 2 9 2007

BY: ....................

**SHELDON S. GREENBERG, M.D., S.C.**

2835 N. Sheffield Ave., Suite 210
Chicago, IL 60657
Telephone: (773) 561-3365
Fax: (773) 880-2409
Email: ssgreenbergmd@aol.com

6-7-07

Re Eloise Hahn DOB 3-7-54

The above patient is under my
psychiatric care periodically since 2001
Diagnosis Bipolar disorder mixed
Her last date of employment was 5-29-07
Because of an exacerbation of illness
she is unable to work as of
5-29-07   Return to work date
is undetermined at present

[signature]
Board Certified
Psychiatry, Addiction M
+ Forensics

# MRI Lincoln Imaging Center

*The Diagnostic Edge*

❑ 5023 North Lincoln Avenue • Chicago, Illinois 60625
Phone (773) 293-0451 • Fax (773) 293-0453

❑ 4849 West Fullerton Avenue • Chicago, Illinois 60639
Phone (773) 622-1200 • Fax (773) 637-5985

Patient Name: _Eloise Hahn_     Phone Number: _312-886-6765 W_
_708-484-2169 H_

Signs, Symptoms, Diagnosis: _ABNORMAL INFILTRATE_

Special Instructions: _____

## MAGNETIC RESONANCE IMAGING/MRI

**HEAD**
( ) Brain
( ) Brain/IAC's
( ) Brain/Stem
( ) Orbits
( ) Pituitary
( ) Posterior Foss
( ) Sinuses

**SPINE**
( ) Cervical Spine
( ) Thoracic Spine
( ) Lumbar Spine

( ) NECK
( ) ABDOMEN
( ) PELVIS

( ) KNEE
( ) SHOULDER
( ) HIP
( ) ANKLE

( ) LEFT
( ) RIGHT
( ) BOTH

OTHER JOINT: _____

OTHER EXTREMITY: _____

❑ without contrast
❑ with and without contrast

**MRI SCREENING**

| | | |
|---|---|---|
| Patient Pregnant | ( ) Yes | ( ) No |
| Metallic Implants | ( ) Yes | ( ) No |
| Cardiac Pacemaker | ( ) Yes | ( ) No |
| Aneurysm Clip in Brain | ( ) Yes | ( ) No |
| Shrapnel | ( ) Yes | ( ) No |

**MRA/ANGIOGRAPHY**
( ) Carotids
( ) Circle of Willis
( ) Aorta
( ) Renal
( ) Other _____

**CAT SCAN/SPIRAL**
(X) Chest
( ) Abdomen
( ) Pelvis
( ) Neck (Soft Tissue)
( ) Other (Specify)

( ) Head
( ) Orbits
( ) Sinuses
( ) Mandible
( ) Maxilla
( ) Temporal Bones

( ) Cervical Spine
( ) Lumbosacral Spine
( ) Thoracic Spine
   Specify Level:
   _____

( ) Heart Scan
   (Coronary Artery Scoring)

**CT SCREENING**

| | | |
|---|---|---|
| Patient Pregnant | Y | N |
| Allergic to Contrast | Y | N |
| Allergic to Seafood | Y | N |
| Kidney Problems | Y | N |
| Heart Problems | Y | N |
| High Blood Pressure | Y | N |
| Diabetes | Y | N |

*Bun/Creat results required before test

❑ without contrast
(X) with and without contrast

*Please Read Special Indications on the back side

**OTHER TESTS**
( ) QCT Bone Densitometry
( ) Holter monitoring
( ) Echocardiogram
( ) Stress Echo
( ) Ultrasound
( ) X-RAY

( ) EKG
( ) EMG/NCV

**NUCLEAR MEDICINE**
( ) Bone Scan
( ) 3-Phase Bone Scan
( ) Lung Scan
( ) Renal Scan
( ) G.I. Scan
( ) Thyroid Scan
( ) Thyroid Scan and Uptake

( ) Plain Treadmill
( ) Stress Test
( ) Thallium Tm/Myoview
( ) Gallium Scan
( ) Muga
( ) Testicular
( ) Parathyroid
( ) Thyroid Therapy

( ) Technetion
   Ceretec
( ) Hida Scan
( ) Other
   _____

Please indicate area/procedure _____

Requested by Dr.: _____

Phone: _____ Fax: _____

Physician's Signature: _____

Appointment Date: _____

Time: _____

| | | |
|---|---|---|
| Films Requested | YES | NO |
| Give Films to Patient | YES | NO |
| Deliver Films to the Doctor's Office | YES | NO |

24 hour cancellation required by patient or fee will be applied

# NM Northwestern Memorial® Hospital

Date: May 28, 2007

Medical Record Number: 102514601
Account Number: 92502657

Ms. Eloise Hahn
1631 S. Clarence Av.
Berwyn, Il.
60402

Dear Ms. Hahn,

You were seen in the Emergency Department on May 22, 2007.
At that time, you had x-rays taken of your chest.
We have been unable to reach you by phone to inform you of the
official result. The x-rays show a questionable infiltrate vs. prominent
vessels left lower lobe of your lung. You should have another chest
xray to further evaluate these findings.
Please follow-up for further evaluation with your physician.
If you need assistance with finding a physician, please call our
Physician Referral Service at 312.926.8400. If you have any further
questions, please call the charge nurse at 312.926.5188.

Sincerely,

L. Stansfield   RN
Patient Care Coordinator
312.926.0981

**Enclosed you will f...**
We encourage you to review these and ... Chicago.
...cal history.

**Lab Tests Performed:**

SpectraCell Nutritional Profile

☐ These results are normal and require no action on your part.

...ne daily;

Dr. B

**PATIENT**
**DUPLICAT**

◆◆ SPECTRACELL LABORATORIES

# LABORATORY REPORT

Account Number: 189377

David Edelberg, M.D.
2522 North Lincoln Avenue
Chicago, Illinois 60614-

Name: **Eloise Hahn**
Gender: Female  Age: 53
Accession Number: G43656
Date of Collection: 06/11/2007
Date Received: 06/12/2007
Date Reported: 06/20/2007
Requisition Number: 551074

## Summary of Test Results

FIA Comprehensive 5000 has determined the following functional deficiencies:

Vitamin B12        Folate              Vitamin D          Spectrox

SPECTROX ™ Total Antioxidant Function:

Interpretation: Average    Result: 30.6

*John F. Crawford, Ph.D.*
*Laboratory Director*

All tests performed at SpectraCell Laboratories, Inc. • 10401 Town Park Drive Houston, TX 77022 • Phone: 1-800-227-5227
CLIA#45D0710715

SpectraCell Laboratories, Inc.
Laboratory Test Report

Requisition Number: 551074
Eloise Hahn

# Repletion Suggestions

1. Vitamin B12 (Cobalamin)   100 mcg daily
2. Folate                    800 mcg daily
3. Vitamin D (Ergocalciferol) 10 mcg (400 I.U.) erfocaciferol or cholecalciferol
   per day for six months
4. Total Antioxidant Function  Increase intake of foods rich in antioxidants such
   as fresh fruits and vegetables.  If supplementation
   is desired, the following daily doses of nutrient
   antioxidants have been suggested as safe for
   long-term intake in humans by scientific research:

   Vitamin C      1000 mg
   Vitamin E       400 IU d-alpha-tocopherol
   Selenium       100 mcg

*Please note: Supplementation is usually required for four to six months to effect the repletion of a functional deficiency in lymphocytes*

*Suggestions for supplementation with specific micronutrients must be evaluated and approved by the attending physician. This decision should be based upon the clinical condition of the patient and the evaluation of the effects of supplementation on current treatment and medication of the patient.*

SpectraCell Laboratories, Inc.
Laboratory Test Report

Requisition Number: 551074
Eloise Hahn

| FIA ™ Test Description | TestControl (% CONTROL) | Reference Range |
|---|---|---|
| **B Complex Vitamins** | | |
| Vitamin B1 (Thiamin) | 90.00 | >79% |
| Vitamin B2 (Riboflavin) | 66.00 | >54% |
| Vitamin B3 (Niacinamide) | 96.00 | >81% |
| Vitamin B6 (Pyridoxine) | 66.00 | >55% |
| Vitamin B12 (Cobalamin) | 13.00 | >15% |
| Folate | 32.00 | >33% |
| Pantothenate | 9.00 | >8% |
| Biotin | 89.00 | >70% |
| | | |
| ***Amino Acids*** | | |
| Serine | 37.00 | >31% |
| Glutamine | 100.00 | >75% |
| Asparagine | 119.00 | <122% |
| | | |
| ***Metabolites*** | | |
| Choline | 22.00 | >21% |
| Inositol | 66.00 | >59% |
| Carnitine | 100.00 | <109% |
| | | |
| ***Fatty Acids*** | | |
| Oleic Acid | 106.00 | <132% |
| | | |
| ***Other Vitamins*** | | |
| Vitamin D (Ergocalciferol) | 22.00 | <21% |
| Vitamin A (Retinol) | 31.00 | <58% |
| | | |
| ***Carbohydrate Metabolism*** | | |
| Glucose-Insulin Interaction | 92.00 | <120% |
| Fructose Sensitivity | 102.00 | >81% |
| Chromium | 98.00 | >80% |
| | | |
| ***Minerals*** | | |
| Calcium | 95.00 | <130% |
| Zinc | 117.00 | <125% |
| Magnesium | 99.00 | <124% |
| | | |
| ***Antioxidants*** | | |
| Glutathione | 87.00 | >85% |
| Cysteine | 107.00 | <127% |
| Coenzyme Q-10 | 15.00 | <26% |
| Selenium | 23.00 | <51% |
| Vitamin E (A-tocopherol) | 19.00 | <31% |
| Alpha Lipoic Acid | 35.00 | <36% |
| | | |
| ***Spectrox*** | | |
| Total Antioxidant Function | 30.6 | >75% |

*The reference ranges listed in the above table are valid for male and female patients 12 years of age or older.*

Acquisition Number: 551074
Eloise Hahn

■ Adequate

■ Deficient

■ Values in this area represent a deficiency and patient may require nutrient repletion or dietary changes

# B Complex Vitamins



Vitamin B1 (Thiamin) · Vitamin B2 (Riboflavin) · Vitamin B3 (Niacinamide) · Vitamin B6 (Pyridoxine) · Vitamin B12 (Cobalamin) · Folate · Pantothenate · Biotin

# Amino Acids & Metabolites



Serine · Glutamine · Asparagine · Choline · Inositol · Carnitine · Oleic Acid

# Other Vitamins, Carbohydrates & Minerals



Vitamin D (Ergocalciferol) · Vitamin A (Retinol) · Glucose-Insulin Interaction · Fructose Sensitivity · Chromium · Calcium · Zinc · Magnesium

Acquisition Number: 551074
Eloise Hahn



Adequate

Deficient

Values in this area represent
a deficiency and patient may
require nutrient repletion
or dietary changes

## Antioxidants



Requisition Number: 551074
Eloise Hahn

SpectraCell Laboratories, Inc.
Laboratory Test Report

## SPECTROX Total Antioxidant Function

### *Status:*



Result: *30.6 Percentile (Average)*

Reference Range:
Desired     Greater than 75th percentile
Average    25th to 75th percentile
Deficient   Less than 25th percentile

■ *Desired*          ■ *Average/Deficient*

Values in this area
represent
**Desired Results**

Values in this area
represent
*Average Results*

Values in this area
represent
*Deficient Results*

*Total Antioxidant Function*

## *Interpretation: Average*

A SPECTROX value between the 25th to the 75th percentiles indicates an average antioxidant function
for apparently healthy persons. Since antioxidants are protective nutrients, an average status means
an ability to resist an oxidative stress similar to the majority of persons. However, average status
is not ideal, nor is it clearly deficient.

SPECTROX values below the 25th percentile indicate a deficient antioxidant function. A deficient
antioxidant status indicates decreased ability to resist oxidant stress, or an increased
oxidant load. A deficient antioxidant status may arise from lack of intake of nutrient antioxidants,
lack of uptake of dietary antioxidants, endogenous over production or exogenous exposure to free
radicals and/or oxidative events. Deficient synthesis of endogenous antioxidants increased
utilization of antioxidants, deficient cellular repair mechanisms, or any combination of these
may also be factors.

SPECTROX measures the lymphocytes' total antioxidant function by addition of peroxide [oxidative
stress] to complete medium. Lymphocyte growth response with peroxide is reported as a percentile
of growth response from a reference range of apparently healthy persons. Since SPECTROX measures
total antioxidant functions, clinical interpretation of results should consider physiological,
pathological, environmental, lifestyle and dietary factors. Please consider that prior, current
or additional supplementation with nutrient antioxidants [vitamin C, vitamin E, beta carotene, etc.]
reflects only a part of the total antioxidant systems. Supplementation and lifestyle changes may
or may not improve overall antioxidant function, due to the many factors that affect antioxidant
status.



◇◇ SPECTRACELL LABORATORIES

## <u>SUPPLEMENTAL INFORMATION</u>

Name: **Eloise Hahn**
Gender: Female  Age: 53
Accession Number: G43656

Date Received: 06/12/2007
Date Reported: 06/20/2007
Requisition Number: 551074

Account Number: 189377
David Edelberg, M.D.
2522 North Lincoln Avenue
Chicago, Illinois 60614-

SpectraCell Laboratories, Inc.
Laboratory Test Report

Requisition Number: 551074
Eloise Hahn

# Vitamin B12 (Cobalamin)

**Status:**

The patient's lymphocytes have shown a deficient status for vitamin B12 (Cobalamins).

**Function:**

Vitamin B12 is needed to form blood and immune cells, and support a healthy nervous system. A series of closely-related compounds known collectively as cobalamins or vitamin B12 are converted into active forms methylcobalamin or 5'-deoxyadenosylcobalamin. Methylcobalamin interacts with folate metabolism, preventing folate derivatives from being trapped in unusable states. Adenosylcobalamin is involved in the metabolism of odd-chain fatty acids and branched-chain amino acids.

**Deficiency Symptoms:**

Deficiency symptoms of vitamin B12 are both hematological (pernicious anemia) and neurological. A megaloblastic anemia may occur because the effects of the vitamin B12 deficiency on folate metabolism. Shortness of breath, fatigue, weakness, irritability, sore tongue, decrease in blood cell counts (red, white and platelets) are all clinical signs of a vitamin B12 deficiency. Neurological symptoms are manifested as a progressive neuropathy, with loss of position sense and ataxia. If vitamin B12 repletion is not initiated, permanent neurological damage, including degeneration of nerves and spinal cord can result. Recent evidence suggests that mental symptoms of depression and fatigue are detectable before anemia develops. Vitamin B12 is necessary to prevent accumulation of homocystine, a toxic metabolic byproduct linked to cardiovascular disease and connective tissue abnormalities. Hypochlorhydria and gastrointestinal disturbances are frequently associated with vitamin B12 deficiency.

**Repletion information:**

Dietary sources for cobalamins are strictly from animal foodstuffs. Vitamin B12 is not found in plant foodstuffs. Dietary supplements can also contain vitamin B12

The 1989 RDA for vitamin B12 is 2.0 µg for adults. No toxic effects of oral vitamin B12 intake have been demonstrated, even in doses over 1000 µg daily.

Since the absorption and intracellular activation of oral vitamin B12 are frequently difficult, consideration should be given to injectable forms of vitamin B12. Some patients may require more frequent or larger doses than usual before repletion occurs.

Requisition Number: 551074
Eloise Hahn

SpectraCell Laboratories, Inc.
Laboratory Test Report

# Folate

## Status:

The patient's lymphocytes have shown a deficient status for Folate (Folic Acid).

## Function:

Folate (Folic Acid) is needed to produce blood cells and other new tissue cells. Folate is a generic term for a group of pteridine compounds essential for one-carbon unit metabolism. Folates are involved in the synthesis of DNA, RNA, and tRNA necessary for cell growth. Folates are required for metabolism of methionine, histidine, tryptophan, glycine, serine, and formate. Interactions with Vitamin B6 and B12 also occur from common metabolic pathways. Folate function is necessary to prevent accumulation of homocystine. Deficient folate status of pregnant females is also directly linked to incidence of birth defects, especially neural tube defects such as spina bifida.

## Deficiency Symptoms:

Symptoms of folate deficiency include birth defects (neural tube defects, spina bifida), fatigue, anorexia, constipation, glossitis, headaches, insomnia, restless legs, paranoia, memory impairment, megaloblastic anemia (identical in appearance to Vitamin B12 deficiency), hypersegmentation of neutrophils and with severe deficiency, intestinal lesions. However the neurological complications of vitamin B12 deficiency do not occur with folate deficiency. Thus, a regulatory limit on folate levels in dietary supplements of 400 ug per unit is in effect, to prevent a potential missed diagnosis of Vitamin B12 deficiency.

Those at risk for folate deficiency include: Vitamin B12 deficiency, malnourished, malabsorption, pregnant and lactating women, increased rate of cellular division (burns, trauma, malignancies, hemolytic anemias), alcoholics, anti-convulsant therapy (phenytoin, barbiturates, primidone), folate antagonist therapy (nethotrezate, 5-fluoroacul, pyrimethamine), tuberculosis therapy (isoniazid plus cycloserine), oral contraceptive users, sulfasalzine therapy, elderly, infants, inherited folate disorders.

## Repletion Information:

Dietary sources richest in folate (per serving) include:

| | |
|---|---|
| Nutritional supplements | Legumes |
| Vitamin-Fortified Cereals | Green Leafy Vegetables |
| Wheat Germ | Seeds |
| Nuts | Liver |

The 1989 RDA for folate is 400ug per day. No adverse effects from long-term folate supplementation of up to 10mg daily for five years have been reported, indicating a high tolerance level for folate

Requisition Number: 551074
Eloise Hahn

SpectraCell Laboratories, Inc.
Laboratory Test Report

# Vitamin D (ergocalciferol)

## *Status:*

The patient's lymphocytes have shown a deficient status for vitamin D.

## *Function:*

Vitamin D is the principle regulator of calcium homeostasis in the body. It is essential for skeletal development and bone mineralization. Vitamin D is a prohormone with no hormone activity. It is converted to a molecule that has biological activity. The active form of the vitamin is 1,25-dihydroxyvitamin D, usually referred to as vitamin D3. It is synthesized in the skin from 7-dehydrocholesterol via photochemical reactions requiring UV light (sunlight). Inadequate exposure to sunlight contributes to vitamin D deficiency. Vitamin D deficiency in adults can lead to osteoporosis. This results from a compensatory increase in the production of parathyroid hormone resulting in bone resorption. Increasing evidence is accumulating that vitamin D may also contribute to antioxidant function by inhibiting lipid peroxidation. The mechanism of the antioxidant effect is unknown. Vitamin D is also needed for adequate blood levels of insulin. Vitamin D receptors have been identified in the pancreas.

## *Deficiency Symptoms:*

Osteoporosis results from an imbalance between bone resorption and bone formation. Decreased vitamin D levels result in decreased production of the active vitamin form, vitamin D3. Vitamin D enhances the efficiency of calcium absorption. Chronic vitamin D deficiency results in decreased calcium absorption and secondary hyperparathyroidism.

Vitamin D3 has been found to have anticarcinogenic activity, inducing apoptosis in many types of cancer cells. It has also been useful in the treatment of psoriasis when applied topically. Vitamin D appears to demonstrate both immune-enhancing and immunosuppressive effects.

## *Repletion Information:*

Supplemental vitamin D is available as vitamin D2 (ergocalciferol) or vitamin D3 (cholecalciferol). The Food and Nutrition Board of the Institute of Medicine of the National Academy of Science recognizes the biological activity of vitamins D2 and D3 are equivalent with age related intakes. For both men and women recommended doses:

| | |
|---|---|
| Age 19-50 years | 200 IU/day (5.0 micrograms) |
| Age 51-70 years | 400 IU/day (10 micrograms) |
| Greater than 70 years | 600 IU/day (15 micrograms) |

Dosages over 3000 IU/day are associated with hypercalcemia, causing multiple debilitating effects. Anorexia, nausea and vomiting have been observed at doses as low as 1250 IU/day. The prolonged ingestion of excessive vitamin D and the accompanying hypercalcemia can result in metastatic calcification of soft tissues, including kidney, blood vessels, heart and lungs.

Requisition Number: 551074
Eloise Hahn

SpectraCell Laboratories, Inc.
Laboratory Test Report

# SPECTROX™ (Total Antioxidant Function)

## Function:

The function of antioxidants is to protect biomolecules from oxidative damage. SPECTROX measures the net ability of antioxidant and repair mechanisms of each individual's own cells, giving a total assessment of antioxidant function.

### Oxidative Stress:

Each person's cells and tissues are constantly subjected to highly reactive and unstable molecules termed *free radicals*, causing oxidative stress. These hostile molecules are a normal byproduct of life and are produced by the metabolism of oxygen, immune system cells, numerous enzyme reactions essential for metabolism, and environmental sources (smoke, ionizing radiation, air pollution, chemicals, toxic heavy metals and oxidized (rancid) fats. Some of the more common free radicals are superoxide, hydroxyl, singlet oxygen, and peroxides. By their chemical nature, free radicals, although short-lived, promote a chain reaction of radical formation, followed by a wake of chemically altered damaged biological molecules. Research is continuing to find that much biological damage and diseases are induced and/or mediated by injury from free radicals.

### Cellular Antioxidants:

Protection of deleterious effects from free radicals is found in a diverse range of molecules termed *antioxidants.* Free radicals and their chain reaction byproducts can be neutralized and converted to less harmful products (quenched) by antioxidants. Antioxidants are enzymes (superoxide dismutase, catalase, glutathione peroxidase), essential nutrients (carotenoids, vitamin C, vitamin E, cysteine, selenium) or a wide variety of endogenous compounds (glutathione, sulfhydryl groups, thioredoxin, lipoic acid, coenzyme $Q_{10}$, urate, bilirubin) or dietary compounds (mannitol, bioflavonoids, phenolic acid derivatives, proanthocyanidins). Antioxidants interact in a complex manner with recharging and overlapping, redundant functions. Cells also possess extensive mechanisms to repair damaged biomolecules, which appear protective in a total antioxidant function test.

The clinical correlation of antioxidant status to health remains under investigation. Research evidence in humans has indicated that deficient intakes or levels of nutrient antioxidant are associated with higher risks of arthritis, cancer, cardiovascular disease, cataracts and many other degenerative diseases. Also, higher intakes of nutrient antioxidants are associated with a lower incidence of chronic degenerative diseases. Encouraging studies have also shown that intervention with antioxidant nutrient supplements have therapeutic benefits in humans. Thus, strong scientific evidence illustrates that antioxidants help to prevent chronic degenerative diseases and may help to restore health.

Case 1:08-cv-02333   Document 7   Filed 04/28/2008   Page 59 of 77

# MICHIGAN AVE IMMEDIATE CARE

104 S MICHIGAN AVE # 905 , CHICAGO, IL 60603
(312)201-1234

Date: 3/23/07

Patient Name: _Eloise Hahn_  Date of Birth: 3/3/54  Sex: M (F)
Social Security Number: _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_

| EXAM | | FEE | PROCEDURES | FEE | In House Labs (CLIA Waived) | | FEE |
|---|---|---|---|---|---|---|---|
| **New Patient** | | | Anoscopy; diagnostic | 46600 | Hemoccult (1-3) | | 82270 |
| Minimal | (10) | 99201 | Bronchospasm Eval (w-w/o B.D.) | 94060 | Fingerstick BS | | 82962 |
| Focused | (20) | 99202 | Closure, simple, wound, dehiscence | | Rapid Strep Screen | | 87880 |
| Low Complex | (30) | 99203 | ECG tracing & Interpretation | 93000 | Urine Dipstick, auto w/o micro | | 81003 |
| Mod Complex | (45) | 99204 | Ear Irrigation | 69210 | Urine HCG | | 81025 |
| High Complex/Comprehensive | (60) | 99205 | Eye FB Removal (conjunctival) | 65205 | Rapid Flu Test | | 87804 |
| Well Exam 12 - 17 yrs. | | 99384 | I & D Abscess Single/Simple | 10060 | | | |
| Well Exam 18 - 39 yrs. | | 99385 | Multiple/Complex | 10061 | Gyne Lab Procedures | | |
| Well Exam 40 - 64 yrs. | | 99386 | IV Fluid Admin  1 hr: 90780  2+ hrs: 90781 | | Gram Stain | | 87205 |
| | | | Laceration Repair | 12001 | Pap Smear | | 88164 |
| | | | Lesion removal, penis | 54056 | Thin Prep Pap Smear | | 88142 |
| | | | Nebulizer treatment; initial | 94640 - 59 | Wet Mount | | 87210 |
| | | | Nebulizer treatment, subsequent | 94665 | | | |
| **Established Patient** | | | Pulse Oximetry, single | 94760 | | | |
| Minimum (Nurse) | (5) | 99211 | Pulse Oximetry, continuous | 94761 | Amylase | | 82150 |
| Problem Focused | (10) | 99212 | Removal, Skin Tag | 11200 | ANA | 86038 | +86039 |
| Expanded Problem Focused/Low | (15) | 99213 | Skin Biopsy  1: 11100  2+: 11101 | | Basic Metabolic Panel (8) | | 80048 |
| Detailed/Mod Complex | (25) | 99214 | Spirometry | 94010 | CBC & Diff | | 85025 |
| Comprehensive/High Complex | (45) | 99215 | Suture Removal | 99070 | Comprehensive Metabolic Panel | | 80053 |
| Well Exam 12 - 17 yrs. | | 99395 | Verruca Removal (1) | 17000 | Chl/GC (SDA-urine MF) | 87491 + 87591 |
| Well Exam 18 - 39 yrs. | | 99396 | Verruca Removal (2-14) | 17003 | Chl/GC (SDA - sw ab M/F) | 87491 + 87591 |
| Well Exam 40 - 64 yrs. | | 99394 | | | Chl/GC Aptima Sw ab, Male +87490 + 87590 |
| | | | | | Cx, Aerobic Bacteria | | 87070 +/S |
| | | | | | Cx, Aer. & Anaer.87070 87075 87205 +/S |
| **Injections** | | | **X-Ray** | | Cx, Blood | | 87040 +/S |
| Antibiotic administration, IM | | 90772 | Ankle, 2 views | 73600 | Cx, Campylobacter | | 87046 +/S |
| Medication administration, SC/IM | | 90772 | Chest PA | 71010 | Cx, Gonorrhoeae (Throat) | | 87081 |
| Medication administration, IV | | 90774 | Chest PA & Lateral | 71020 | Cx, Genital (Bacterial) | | 87070 +/S |
| Drug      Dosage | | | Elbow ; 2 views | 73070 | Cx, Herpes | 87255 | + 87140 |
| Vaccine administration, single vaccine 90471 | | | Femur; 2 views | 73550 | Cx, Salmonella Shigella | | 87045 +/S |
| Vaccine administration, each add'l | | 90472 | Finger; 2 views | 73140 | Cx, Throat | | 87070 +/S |
| | | | Foot; 2 views | 73620 | Cx, Urine | 87086 | + 87077 S 87186 |
| Hepatitis A, Adult | | 90632 | Forearm; 2 views | 73090 | hCG - Blood, quantitative | | 84703 |
| Hepatitis B, 20+ yrs | | 90746 | Hand; 2 views | 73120 | hCG -Blood, quantitative | | 84702 |
| Influenza | 90658 (V04.81) | | Hip, 2 views | 73510 | HIV-1 Ab | | 86701 |
| Meningococcal | | 90733 | Humerus; 2 views | 73060 | HSV Type 1&2 Ab, IgG | 86695 86696 |
| MMR | 90707 (V06.4) | | Knee; AP & Lateral | 73560 | HSV Type 1 & 2 Ab, IgM | 86695 86696 |
| OPV (Polio vaccine) | | 90712 | Knee; Bilateral; Standing AP | 73565 | Lipid Panel | | 80061 |
| Pneumovax | 90732 (V74.1) | | Pelvis; AP, Bilateral Hips | 72170 | Measles Mumps Rubella 86765 86735 86762 |
| TB Skin Test, intradermal | | 86580 | Shoulder; 2 views | 73030 | Mono Spot | | 86308 |
| Td (Tetanus/diph) | 90718 (V06.5) | | Spine-Cervical; 4 views | 72050 | Prothrombin Time (PT) | | 85610 |
| Varicella | 90716 (V05.9) | | Cervical; AP & Lateral | 72040 | PSA, Serum | | 84153 |
| | | | LS; AP & Lateral / Cone Down | 72100 | PTT | | 85730 |
| **Lab Procedures** | | | Thoracic; AP & Lateral | 72070 | RPR, Serum | | 86592 |
| Drawing Fee | | 36415 | Tibia/Fibula, 2 views | 73590 | Sed. Rate (ESR, Westergren) | | 85652 |
| Specimen Collection/Delivery | | 99000 | Toes; 2 views | 73660 | Stool Culture (Salmonela/Shigella) | | 87045 |
| Conveyance of Specimen to Lab | | 99001 | Wrist; 2 views | 73100 | Stool O & P (1 specimen) | 87177/88312 |
| Special Handling/Processing | | 99199 | | | TSH T3 tot. T4 fr. | 84480 84439 84443 |
| | | | | | TSH | | 84443 |
| | | | | | Urinalysis, auto w/microscopy | | 81001 |

**Supplies- see side 2**    **Less commonly billed items- see side 2**

Diagnosis / ICD - 9 1. (U T I)        3) Situational stress     Today's Charges $
2. Insomnia - Chronic (4) High chol.     Discount  - $

Today's Balance $

I acknowledge receipt of medical services and authorize the release of any medical
information necessary to process this claim for health care payment only.
I authorize payment to the provider and I understand that I am ultimately responsible for
payment of all medical fees, including any portion not paid by the insurance company.

Patient Signature: _Eloise K Hahn_

Tax ID Number
364223877

__ Visa/MC __ Check #
__ Cash Rec'd By:

Payment  - $

Remaining Balance $

# HISTORY AND PHYSICAL EXAM
## Impressions/Plan/Recommendation
### Michigan Avenue Immediate Care

Patient Name: _George_ _Hahn_
Phonetic Pronunciation: _Eric_
Date: _3/23/07_
Age _53_  Sex ☐ M ☒ F
Height _3/9/54_  Weight _____

**Vitals:** Temp _98_  RR _14_
Pulse _80_
BP _92/100_

## CHIEF COMPLAINT:
*Please refer to quote from patient on intake form*

Onset:
poss. Bladder infection
burning urination
x 2 days
Difficulty urinating
→ Boss doesn't let her
take bathroom breaks
→ Stress @ work

Previous Episode:

Prepped by: _KF_

## HPI: L1-3 – 1-3 elements; L4-5 – 4+ elements
*(1) Location; (2) Quality; (3) Severity; (4) Onset/Duration; (5) Timing; (6) Context; (7) Modifying Factors; (8) Associated Signs/Symptoms*

## ROS: L1-3 1 system/pertinent problem; L4 2-9 systems; L5 – 10+ systems
*See attached ROS intake sheet – clarify as needed/appropriate.*

## Past, Family, Social History:
Established Patient: L1-4 – 1 area; L5 – 2 of 3 areas.
New Patient: L1-3 – 1 area; L4-5 – 3 of 3 areas.
*See attached medical history and ROS intake sheet – clarify as needed/appropriate.*

## Physical Examination
- check (√) or line through (|) indicates performed and norma negative
- circle positives (or)
- slash negatives (or)
- note other specific findings after word "other" or "abnormal

### Vital Signs – See above

### General Appearance
Nutritional Status: ___ Normal; ___ Obese
Anxious: ___ No; mild/mod/severe  *talkative*
Distress: ___ No; mild/mod/severe
Hydration Status: ___ Nl; dehydrated (clarify)
Skin: ___ no rash; abnormal _____
___ warm and dry; abnormal _____

**HEENT:**
Head: ___ Normocephalic, atraumatic; Abn ___

Eyes: ___ PERRLA Nl; Abn ___
___ Sclera Nl; injected; icteric; Abn ___
___ Nystagmus Nl; Abn ___
___ EOM Nl; Abn ___
___ Lids wo injection,discharge/pus; Abn ___
___ Fundi benign; papilledema; arteriolar narrowing/spasming; nicking; Abn ___
___ Gross VF intact

Ears: ___ Ext ear normal/non-inflamed; Abn ___
___ Canals Nl; blocked with cerumen preventing visualization of proximal canal and tm; injection, pus; Abn ___
___ TMs Nl; injected; bulging; retracted,; opaque/fluid level; Abn ___
___ Hearing screen with physician ___ norma asymmetrical R  L

Nose: ___ Normal; injection; discharge; polyp; Abn ___

Throat: ___ Normal; injected; pustules; tonsila enlargement; Abn ___
___ Voice: soft/raspy/hoarse

Neck: ___ Nl; O cervical nodes; goiter
→ Location – anterior cervical/submandibular
→ Size R ___ cm  L ___ cm
→ tender/nontender

Lung: ___ Breathing grossly normal; rattling/gurgling; cough (dry/wet – productive).
___ Distress/__No/mild/mod/severe
___ Lung sounds normal, clear and equal; rales; rhonchi; wheezing, course BS; decreased BS; Abn ___

Heart ___ Reg rate/rhythm
___ Heart sounds ___ Nl; S1, S2, No murmur or click
___ Pulses Normal wo abnormal femoral/neck bru

Other – (Splinter hemorrhages, etc.)

**Abdomen** ___
- Inspection Nl; no scars; Abn ___
- Auscultation; bowel sounds; normal; Abn ___
- Palpation soft, non-tender; Abn ___
- Palpation, no masses; liver or spleen enlargement; Abn ___
- Palpation – aorta Nl; Abn ___
- Flank/back Nl; no CVA tenderness; Abn ___
- Rectal Nl; heme neg; Abn ___
  Males – prostate Nl.

**Lymph Nodes** ___ No groin supraclavicular axillary nodes; Abn ___

**GU1 Male** ___
- Ext gen Nl; Abn ___
- Testicles Nl; Abn ___
- Prostate

**GU1 Female** ___
- Ext gen Nl; Abn ___
- Cervix Nl; no discharge; Abn ___
- Uterus; Nl size; non-tender; Abn ___
- Adenxa Nl, no mass, non-tender; Abn ___
- No pain with cervical motion; Abn ___

**Musculo-Skeletal** ___ Joints Nl to inspection; see ROM form if injury or if more detailed exam is indicated

**Neuro** ___
- Alert and oriented x3; Abn ___
- Motor: strength full and symmetric; Abn ___

Sensory:  To Lt intact/symmetric; Abn ___
To PP intact; Abn ___
To VIB intact; Abn ___
Two point discrimination Nl;Abn ___

**DTRS**

**Cerebellar** ___
- FTN/HTS Nl; Abn ___
- Tandem gait Nl; Abn ___
- Rhomberg Nl; Abn ___
- Coordination and balance grossly wnl: Abn ___
- Dexterity (handwriting, alternating finger to thumbs) grossly wnl.

**Mental Status** ___
- Alert and oriented x3 (person/place/time); Abn ___
- Memory:
  ___ Imed Digit Recall Nl; Abn ___
  ___ Short term (Word/Object Recall) Nl; Abn ___
  ___ Long term (pres/ HS name, etc) Nl, Abn ___
- Affect and mood Nl; Abn ___
- Hygiene and grooming Nl; Abn ___
- Demeanor/Behavior – appropriate, polite and pleasant. Cooperative; Abn ___

**MEDICAL DECISION MAKING: I1 – Straightforward; L2-3 – low/complex; L4 – moderate complex; L5 – high complex.**
- ___ Tests ordered – please refer to encounter form; results as recorded/noted by physician/lab/printout, etc.
- ___ Diagnostic considerations; please see Impression/Plan/ physician notes and/or dictation.
- ___ Treatment/management options/course of care; please see Impression/Plan/patient Instructions/physician notes and/or dictation.

---

**MUSCULOSKELETAL SYSTEM REVIEW**
Please note relevant pertinent positive or negative findings if musculoskeletal/neurologic injury or problem.

**Inspection:** ☐ NORMAL    ☒ ABNORMAL
T=tenderness; W=warmth; R=redness; S=swelling
A=atrophy (measurements)
PVMS=paravertebral muscle spasm

Note: scars, ecchymoses, varicosities, skin rashes, etc. and other grossly evident findings.

**IMPRESSION/PLAN:**

A/P

(1) UTI – ~~#~~ uncomplicated

(2) Insomnia – well controlled w/ current med

Time spent with patient (optional) ___

(3) Severe situational stug – w/ work related x 4 Hr

| Dx | Rx |
|---|---|
| □ Pharyngitis<br>  □ Strep Dx<br>  □ Non-Strep or Pending | □ Z-pack x 5 days<br>□ Tripak X 3 days<br>□ amoxicillin x 10 days<br>    (45 mg /___/day - kids)<br>    (500 TID - adult)<br>□ Keflex/Ancef 500 BID x 10 days<br>□ Other |
| □ Sinusitis | □ Biaxin XL 2 tabs ___ x 14 days<br>□ Augmentin 875 mg BID x 10 days<br>□ Other |
| □ Bronchitis | □ Biaxin XL 2 tabs daily x 7 days<br>    (avoid if on statins)<br>□<br>□<br>□ Other |
| □ Otitis Media | □ amoxicillin  x 10 days<br>    (40 mg/kg – kids)<br>    (500 TID – adults)<br>□ Bactrim DS BID x 10 days<br>    (if pcn allergic)<br>□ Z-pack x 5 days<br>□ Omnicef (cefdinir) x 10 days<br>    oral suspension<br>    Flavor: _____<br>    Dose:   mg/  kg/  day<br>□ Augmentin 875 mg BID X 10 days |
| □ Otitis Externa | □ Cortisporin otic suspension<br>□ Cipro HC |
| □ UTI: A) (Lower) (Cystitis)<br>    (Uncomplicated) | □ Cipro 250 BID x 30 days<br>    (r/o pregnancy)<br>□ If pregnant:<br>    □ nitrofurantoin 200 mg x 2 days<br>    □ amoxicillin 500 mg tid x 3 days<br>    □ Keflex/Ancef (Cephalexin)<br>        500 mg bid |
| □ UTI: B) (Upper)<br>    (pyelonephritis) | □ Rocephin (ceftriaxone)<br>    1000-2000 mg IM then<br>    Cipro 500 BID X 14 days<br><br>    (or) (if not toxic, min. fever, etc.)<br><br>□ Cipro 500 mg BID x 14 days |
| □ Conjunctivitis | □ Tobrex solution 2 drops to affected<br>    eye tid x 3 days<br>□ Ciloxan solution 2 drops to<br>    affected  eye TID x 3 days<br>□ Erythromycin drops TID to affected<br>    eye x 3 days |
| □ Cellulitis | □ Dicloxacillin 500 ___ x 10 days<br>□ Keflex/Ancef 500 mg TID x 10<br>    days (Cephalexin)<br>□ Duricef/Ultracef (cefadroxil)<br>    1 gram TID x 8 days<br>□ Z-Pak<br>□ Rocephin (ceftriaxone) ___ mg<br>    IM for 24 hours<br>□ Add Macrolide if severe<br>□ Levaquin ___ mg PO x 10 days |
| □ Allergic Rhinitis | □ Astelin nasal spray<br>□ Atrovent nasal spray<br>□ Clarinex<br>□ Zyrtec<br>□ Allegra |
| □ Tinea | |
| □ Hives | □<br>□<br>□<br>□ If laryngeal edema, etc. □ EPI |
| □ Eczema/psoriasis | |

□ Syphilis
□ GC
□ Herpes

□ Referral physician list and options for follow-up explained to patient.:
    _____ (Initials)

□    Importance of follow-up re-emphasized if symptoms persist, worsen, or
If other symptoms develop, or if patient unsure:    _____ (Initials)

□    Standard "Important Follow-up Information/Instructions" provided,
understood and patient provided opportunity to ask any questions.:
    _____ (Initials)

## Michigan Avenue Immediate Care
### Of Chicago Consulting Physicians
James A. Runke, M.D.
Medical Director

Ambulatory Immediate Care ♦ Occupational Injuries ♦ Acute Medical Problems
Executive Preventative Health Examinations ♦ Pre-Employment Physicals ♦ On-Site Health Fairs
Internal Medicine ♦ Specialist Referrals ♦ Disability Evaluation ♦ X-Ray

### Brief Medical History

1. Primary reason for your visit today: _Bladder Infection_

2. Are you presently under a doctor's care for any medical problem?
   ☐ No
   ☒ Yes, please explain: _Weight control, sleeping disorder,
   chloesterol, thyroid, waterpills, ambien pills, metaformin,_
3. Do you take any prescription medications at this time? _foraman @ night_
   ☐ No
   ☒ Yes, please list: _as above_

4. Are you allergic to any medications?
   ☒ No
   ☐ Yes, please list: _____

5. Please list any past surgery or hospitalizations:
   #1 _Broken arm_          Year _to few nights_
   #2 _eve gas stum sortum_  Year _1990_
   #3 _Hernia_              Year _to few nights_

6. Are there any significant medical problems in your family?
   ☒ No
   ☐ Yes, please list: _____

7. Do you smoke?
   ☐ No
   ☒ Yes, how much: _2 cigarerts/day_

8. Approximately average number of times exercising per week:
   ☐ 0
   ☐ 1-2
   ☒ 3-5
   ☐ 6-7

☐ Reviewed by physician _____ (initial)

# Michigan Avenue Immediate Care
### Of Chicago, Consulting Physicians
James A. Runke, M.D.
Medical Director

*Ambulatory Immediate Care ♦ Occupational Injuries ♦ Acute Medical Problems*
*Executive Preventative Health Examinations ♦ Pre-Employment Physicals ♦ On-Site Health Fairs*
*Internal Medicine ♦ Specialist Referrals ♦ Disability Evaluation ♦ X-Ray*

## Review of Systems

Please check any/all that apply currently:

**General:**
- ❑ Fatigue or excessive tiredness
- ❑ Body aches and pains
- ❑ Fever
- ❑ Night Sweats
- ❑ Difficulty Sleeping
- ❑ Unexplained/unplanned weight loss/gain

**Skin:**
- ❑ Rash
- ❑ Itching
- ❑ Moles
- ❑ Sores that don't heal
- ❑ Change in nails
- ❑ Easy bruising
- ❑ Color change

**Eyes:**
- ❑ Glaucoma
- ❑ Cataract
- ☒ Vision Problems 20/30 vision
- ❑ Dry and/or itchy eyes

**ENT:**
- ❑ Earache
- ❑ Ear damage
- ❑ Ringing in ears
- ❑ Hearing loss
- ❑ Nose bleeds
- ❑ Chronic sinus problems
- ❑ Bleeding gums
- ❑ Hoarseness or change in voice
- ❑ Dizziness/vertigo
- ❑ Sore throat

**Respiratory:**
- ❑ Shortness of breath
- ❑ Chronic cough
- ❑ Asthma or wheezing
- ❑ COPD (chronic bronchitis/emphysema)
- ❑ Tuberculosis
- ❑ Pneumonia
- ☒ Past smoker
- ❑ Occupational lung exposure (dust/chemical/toxin)

**Cardiovascular**
- ❑ High blood pressure
- ❑ Congestive heart failure
- ❑ Angina or blockage of arteries
- ❑ Heart attack
- ❑ Swelling of ankles
- ❑ Hearth murmur
- ❑ Rheumatic fever
- ❑ Leg cramps
- ❑ Varicose veins

**Gastrointestinal:**
- ❑ Nausea/vomiting
- ❑ Heartburn
- ❑ Difficulty swallowing
- ❑ Abdominal pain
- ❑ Jaundice, liver disease or hepatitis
- ❑ Constipation
- ❑ Diarrhea
- ❑ Blood in stool
- ❑ Hemorrhoids
- ❑ Ulcer
- ❑ Hernia
- ❑ Irritable bowel syndrome

# Michigan Avenue Immediate Care

*Of Chicago Consulting Physicians*
James A. Runke, M.D.
Medical Director

*Ambulatory Immediate Care ♦ Occupational Injuries ♦ Acute Medical Problems*
*Executive Preventative Health Examinations ♦ Pre-Employment Physicals ♦ On-Site Health Fairs*
*Internal Medicine ♦ Specialist Referrals ♦ Disability Evaluation ♦ X-Ray*

### Genitourinary:
*with bladder infection*
- ☒ Delay initiating stream of urine (males esp.)
- ☒ Frequent urination *(when farting)*
- ☒ Burning with urination *with cupids*
- ☐ Blood in urine *w/bladder infection only*
- ☐ Prostate problems
- ☐ Sexually transmitted disease
- ☐ Prior sexually transmitted infection
- ☐ HIV or risk factors for HIV

### Musculoskeletal:
- ☐ Back problems
- ☐ Arthritis
- ☐ Fibromyalgia
- ☐ Rheumatoid arthritis
- ☒ Past injury or fracture *(broken nose)*
- ☐ Prior joint or ligament surgery

### Neurologic:
- ☐ Dizzy spells
- ☐ Fainting spells
- ☐ Seizures
- ☐ Chronic headaches
- ☐ History of stroke

### Endocrine (hormonal):
- ☒ Excessive thirst or hunger
- ☐ Excessive urination
- ☒ Thyroid problem
- ☐ Diabetes
- ☐ Illicit drug use
- ☐ Excess alcohol use

### Psychiatric:
- ☐ Current excessive stressors
- ☐ Anxiety
- ☐ Depression
- ☒ Prior psychiatric treatment/counseling *for sleeping*

### Other:
*Dr. Elathony prescribed pills*
- ☐ Cancer
- ☐ Benign tumor

### Women only:
- ☐ Menstrual difficulties
- ☐ Vaginal bleeding between periods
- ☐ Breast lumps, pain or discharge
- ☐ Endometriosis
- ☐ Use of birth control pills

- ☐ **I HAVE NONE OF THE ABOVE**

☐ **Reviewed by physician _____ (initial)**

# 90 Second Crash Course
# On Insurance Coverage Issues
### (Why Your Insurance Company May Not
### Cover a Portion of the Medical Fee)

We recognize that medical bills from a doctor's office sometimes come as a surprise (or at least an unwelcome reality). We also know that the "fine print" of most insurance plans can be confusing, unclear, intimidating, and at times overwhelming. We offer this information in an attempt to help you avoid non-coverage "**surprises**".

The **most common** reasons patients become responsible for their medical bills are as follows:

    A. **Deductibles**: Defined as the portion of the medical bill to be paid out of pocket by the patient each policy year before insurance coverage begins. $100-$1,000 deductibles are common these days.

    B. **Co-insurance**: A percentage of the bill paid for by the insurance company, with a corresponding percentage paid by the patient. For example, the terms of an insurance policy could state that the insurance will pay 70% of the total medical costs, leaving the patient responsible for 30%.

    C. **Non-covered services**: Specific aspects of medical care excluded from coverage by the "fine print" of the insurance policy.

**What you, as the "consumer", can do to avoid an unexpected medical bill:**

    1. Clarify coverage issues in advance.
    2. Read and understand the terms and limitations of your insurance policy/contract.
    3. Be informed about these confusing insurance coverage issues.

**While the medical staff of any physician's office may try to answer insurance coverage questions, it is ultimately up to the patient or "consumer" to remain informed as to the specifics of their insurance policy.

***If unsure you can check the specific terms and limitations of your insurance policy by calling the 800 number on the back of your insurance card, or asking your human resources director, or checking the insurance benefit packet shared with you by your workplace or school.***

# MICHIGAN AVENUE IMMEDIATE CARE

### Of Chicago Consulting Physicians

# Payment Information/Agreement

## I.    METHOD OF PAYMENT TODAY

☐ Self Pay (indicate your preference below):

_____ Credit Card (Visa or Mastercard)
_____ Check
_____ Cash

☐ Please bill my insurance company.  Please present your
insurance card to the receptionist at the time of registration.

Please note:  Co-payments, deductibles, etc. not covered
by the insurance company **are due at the time of
service.**

_____          _____
Patient's Signature                              Date  3/23/07

## II.    ASSUMPTION OF RESPONSIBILITY FOR PAYMENT OF FEES

**I understand that the processing of medical insurance
by Michigan Avenue Immediate Care is done as a
courtesy and that I am ultimately responsible for
payment of the medical bills incurred.**

_____          _____
Patient's Signature                              Date  3/23/07

Hahn, Eloise
"Ellie"

3/23/07
MM

```
ID:_____
         03-23-07 18:06

CLARITY: _____
COLOR: LT. GREEN

MULTISTIX 10 SG

GLU   NEGATIVE
BIL   NEGATIVE
KET   NEGATIVE
SG    <=1.005
BLO   NEGATIVE
pH    7.5
PRO   NEGATIVE
URO   0.2 E.U./dL
NIT   NEGATIVE
LEU*  LARGE
```

# Law Office of
# Kevin L. Willis
2137 S. Euclid Ave., Ste. 3
Berwyn, IL 60402
Ph: (708)484-1000
Fax: (708)484-1140
e-mail: kkwillis@sbcglobal.net

March 11, 2008

Present:

Eloise Hahn
Donald Anderson
Rochelle Marcellers
Alan Nudelman
Martin Mills

We met today, March 11, 2008, to discuss the events of March 6, 2008. Upon further reflection, I have the following response to the issues raised at our meeting on March 11, 2008.

1. I was not away from my desk on March 6, 2008 for an extended lunch from 11:30 a.m. to 12:35 p.m.

2. I did not make a personal call phone call after lunch.

3. I was not loud and disruptive in the workplace.

4. I was not absent without leave after 3:30 p.m.

_____    Date: March ___ , 2008
Eloise Hahn

March 11, 2008

Present:

Eloise Hahn
Donald Anderson
Rochelle Marcellers
Alan Nudelman
Martin Mills

We met today, March 11, 2008, to discuss the events of March 6, 2008.   Upon further
reflection, I have the following response to the issues raised at our meeting on March 11, 2008.

Regarding the question of whether or not I was away from my desk at lunch for an extended
period of time, I do not recall the exact time I was at lunch on that day.   Like most employees, I
do not keep records of my exact lunch time and I do not recall taking an extended lunch on that
day.  It was not my intention to take an extended lunch.   I follow the practices of my coworkers
with regard to the amount of time I spend at lunch.   It is possible that my lunch was interrupted
by work, or by a work related conversation or issue, and that may account for the misimpression
that I took an unusually long lunch.   However, as I said before, I do not recall being away at
lunch for an unusually long period of time.   If management wants me to take 30 minutes of
leave to account for the possibility that I extended my lunch period beyond what was allowed, I
will certainly do that as I have no intention of cheating the government or public out of any time.

Regarding the question of whether or not I made a personal call after lunch in regards to personal
travel arrangements, I do not have any specific recollection of such a call.   I certainly had no
intention of spending 15 minutes on such a call and do not recall such a call of such a duration.
Regarding personal calls during work, I generally follow the practices of my coworkers and try
to limit my personal calls.   However, like most of my coworkers, there are times when I must
receive or make a call and I do so but try to minimize such occurrences.

Regarding the question of whether or not I was loud and disruptive on the afternoon of March 6,
2008, I certainly did not intend to be loud and disruptive and do not recall being loud and
disruptive.   I apologize to you and my coworkers if anyone felt I was too loud or being
disruptive.   I was not feeling well on March 6 and it is possibly that my voice and tone of voice
reflected my physical state.   I probably should have left work earlier rather than continue to try
to carry out my work assignments even though I was not feeling well.

Regarding the question of whether or not I was absent without leave after 3:30 PM on March 6,
2008, my supervisor was aware of my absence and I have always intended to submit a leave slip
for that absence.   Perhaps I failed to inform my supervisor because he also left early that day.  I
was not feeling well that day and may have failed to submit a leave slip in my rush to return
home.   I have submitted such a leave slip at this time.

I really regret if my actions on March 6, 2008, caused any concerns or problems. As I said
previously, I was not feeling well and perhaps that left me a bit out of sorts and less than clear

headed in terms of my actions.   I have always been willing to submit leave slips for any time I take and will do so to the extent management wants me to file such slips.

If there is additional information management needs to conduct a proper investigation please let me know and I will willingly provide information to the extent I can recall, or possess, such information.

This is my statement concerning the events on Thursday, March 6, 2008.


_____          _____

(signed)  Eloise Hahn                                      (date)

2

Statement – Eloise Hahn re: 3/6/2008                                   Page 1 of 2

March 11, 2008

Present:

Eloise Hahn
Donald Anderson
Rochelle Marcellers
Alan Nudelman
Martin Mills

Question:  On Thursday, March 9, 2008, your supervisor has said that you were away
from your desk at an extended lunch from no later than 11:30 to 12:35, that you were on
a personal phone call after lunch, that you were loud and disruptive in the workplace, and
that you were absent without leave after at least 3:30 pm.   Please give us your side of the
story for the events of that day.

ANSWER:  (paraphrased)  I endured a nine-hour day of labor.

I have to work 8 to 5:30 , every day, with no work at home.

Peter Swenson happened to be at my lot.

It is my contention that I was getting something from my car.

Peter and Alan Nudelman forced me to go home so "you could see my house and see if I
actually lived in Indiana"

Question:  When Peter was at the parking lot, he was told by the parking attendant that
you were trying to pay for your car, and were unable to do so because your credit card
was not working."

ANSWER:  I deny all those accusation, each and every one.

You're following me like little Nazis.  Why are you following me?

Question:  Were you away at lunch or otherwise away from your desk between 11:30 am
and 12:35 pm?

ANSWER:  I don't recall.

QUESTION: Did you make a telephone call of a personal nature, specifically for
personal travel arrangements, between 12:45 and 1:00 pm?

ANSWER: I don't recall.

*Managements Version.*

QUESTION: Were you loud and disruptive on Thursday afternoon, to the point where your supervisor asked you to be less disruptive?

ANSWER: No, I deny that, in each and every way.  It's a complete misstatement that you made.

QUESTION: Were you absent without leave after 3:30 pm?  Did you ask for leave from any supervisor, acting or otherwise?

ANSWER: I don't recall.

QUESTION: You previously said you were driven home by Peter Swenson that afternoon.

ANSWER: I was forced to go home.  (Paraphrase)… so you could see my house.  (?)

QUESTION:  Did you arrive home before 5:30 pm?

ANSWER: I don't recall.

QUESTION:  Is there anything else you would like to add at this time about the events on Thursday, March 6?

ANSWER:  I would like to get my attorney involved at this time for prosecution against the U.S. Government, for harassment, defamation of character, etc., etc, (SIC)  in the Federal courthouse, right here.  You can't keep doing this to me.

You are doing this because I was a former Union official.   Management can not get over this, that I was the first vice-president.  Management can not take it that I formed a union.

I have always done my mission for the government.

I'm old, a sexpot that's no longer in.  Why always must I have all this contemptuous conduct against this?

This is my statement concerning the events on Thursday, March 6, 2008.


_____          _____

(signed)  Eloise Hahn                              (date)



**Donald**
**Anderson /R5/USEPA/US**
03/12/2008 12:26 PM

To   Martin Mills/R5/USEPA/US@EPA
cc   Jeffrey Bratko/R5/USEPA/US@EPA, Rochelle
     Marcelliars/R5/USEPA/US@EPA
bcc
Subject   Re: Statement

Martin,

Eloise Hahn wanted to review this with her own attorney.

She has scheduled an appointment with an attorney for this evening to go over the attached.

I hope to have her statement to you by tomorrow afternoon.

Don Anderson
Stewart/Local 704

Martin Mills/R5/USEPA/US



**Martin Mills /R5/USEPA/US**
03/11/2008 11:33 AM

To   Donald Anderson/R5/USEPA/US@EPA
cc

Subject   Statement



Here's what we understood Eloise Hahn to say about the events on March 6, 2008. Alan Nudelman and I worked together to make this as accurate as to what we heard as possible. Please work with her so she can provide an accurate statement as she recalls of those events.

Please call Alan or myself if you have any questions.

Martin Mills
HR



Statement - Eloise Hahn.doc

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

REPLY TO THE ATTENTION OF:
W-15J

August 13, 2002

**MEMORANDUM**

**SUBJECT:**  Reassignment of Eloise Hahn

**FROM:**       Jo Lynn Traub, Director,
                Water Division

**TO:**         Donald Anderson, Steward
                AFGE Local 704

This memorandum acknowledges your LAN message of August 8, 2002, concerning the subject reassignment. On August 13, 2002, I signed SF-52 directing a management reassignment of Ms. Hahn to the NPDES Programs Branch under the direct supervision of the Branch Chief, Rebecca Harvey, as a GS-819-12 Environmental Engineer, effective August 11, 2002.

With the change in work assignments, the work counseling Performance Assistance Plan initiated by Mr. Kuefler is no longer in effect and all records of the PAP are being purged from the files. Additionally, Mr. Kuefler will prepare an interim appraisal of Ms. Hahn's performance at the successful level at the earliest mutually convenient time.

We appreciate Ms. Hahn's withdrawal of the EEO pre-complaint counseling action. With the re-assignment of Ms. Hahn, we consider the informal grievance of July 12, 2002, and your July 3, 2002, Request For Information relative to the PAP to be closed.

CC: Eloise Hahn
    Vitas Paskauskas, LRO, HRB
    John Breslin, ORC
    AFGE Local 704
    Patrick Kuefler, WECAB, Sec. 2
    Rebecca Harvey, Chief, NPDESB



Eloise Hahn

Claire Powell Agency    BERWYN, ILL.



ACTRESS • MODEL • DANCER
Specializing in Close-Ups: Face, Hair, Teeth

Size – 12
Hair – Blonde
Eyes – Green
Height – 5' 8"
Bust – 36
Waist – 26
Hips – 37
Glove – 7½
Hat – 22
Shoe – 8½
Age Range – 18-35

Photos by
Bolber
CHICAGO