NORTHERN DISTRICT OF ILLINOIS
_____Eastern_____ DIVISION

**FILED**
MAY 12 2008 NF
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eloise G. Parker, R.E.
R.E.M.
(Name of the plaintiff or plaintiffs)

V.

US EPA Region 5
Peter Swenson, USEPA
Tinka Hyde, Acting Chief
  of WD Director
Alan Nudelman, USEA
(Name of the defendant or defendants)
Menny Jackson, USEA

CIVIL ACTION
08CV2333

NO. 08cv2333
(Case number will be supplied by the assignment clerk)

Honorable Judge Coar

**Amended COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is ___Eloise G. Park___ of the county of ___Cook___ in the state of ___IL___.

3. The defendant is ___USEPA Region 5, Peter Swenson, Tinka Hyde, Alan Nudelman and Menny Jackson___, who resides at (street address) ___77 W. Jackson Blvd___
works
(city) ___Chicago___ (county) ___Cook___ (state) ___IL___ (ZIP) ___60604___

(Defendant's telephone number) (312) - 886-0234

4) The plaintiff sought employment or was employed by the defendant at

(street address) _27 W. Jackson Blvd_

(city) _Chicago_ (county) _Cook_ (state) _IL_ (ZIP code) _60604_

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) _July_, (day) _02_, (year) _2008_.

7. (a) The plaintiff [check one box]
   ☐ *has not* filed a charge or charges against the defendant
   ☒ *has*
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission on or about
   (month) _March_ (day) _12_ (year) _2008_.

   (ii) ☐ the Illinois Department of Human Rights on or about
   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☐ YES ☒ NO _will be provided within 30 days_

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☒ the United States Equal Employment Opportunity Commission has not issued a
   *Notice of Right to Sue.* _but will in 30 days_

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☒ Age (Age Discrimination Employment Act).
   (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☒ YES   ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment. *proposing to terminate by 6/2/08*
    (c) ☒ failed to promote the plaintiff.
    (d) ☒ failed to reasonably accommodate the plaintiff's religion.
    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒  other (specify): Failed to grant
Plantiff flexi-place numerous
times.
Failed to grant Plantiff travel
privileges but only 1 every
5 years.
Failed to provide equal pay to Plantiff

13. The facts supporting the plaintiff's claim of discrimination are as follows:
Plantiff is not an alcoholic as
confirmed by her psychiatrist,
Dr. Greenberg. Additionally Plantiff
was sexually harassed on March
6, 2005 by her supervisor, Peter
Swenson. Finally, Plantiff did not
abuse her grandson and funeral and

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.  yes

15. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]
(a) ☐  Direct the defendant to hire the plaintiff.
(b) ☐  Direct the defendant to re-employ the plaintiff.
(c) ☒  Direct the defendant to promote the plaintiff.
(d) ☒  Find that the defendant failed to reasonably accommodate the plaintiff's religion.
(e) ☒  Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
(f) ☒  Direct the defendant to (specify): to quit sexually
harassing her & grant flexi-
place. Also reimburse her for her

_expenditures in lost wages in litigating this matter; provide an equal pay. Provide reasonable accommodation for her disabilities._

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Eloise L. Hadon_

(Plaintiff's name) _Eloise L. Hadon_

(Plaintiff's street address) _1631 S. Clarence Av_

(City) _Berwyn_ (State) _IL_ (ZIP) _60402_

(Plaintiff's telephone number) (_708_) – _408-8266_

**RECEIVED**

To: Terry  (312) 466-0823

APR 24 2008

Apr 24 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Eloise L. Kuh
Louiso L. Kuh
Benjamin Kuh
(Name of the plaintiff or plaintiffs)

not proper    file
                432.750

CIVIL ACTION

**08CV2333**
**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

v.

US EPA Region 5
Peter Swenson
Alan Nudelman
(Name of the defendant or defendants)

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _a resident_ _your name_ of the county of _Cook_ in the state of _IL_.

3. The defendant is _a resident_ _names_, whose street address is _fill in_,
(city) _Des Plaines_ (county) _Cook_ (state) _IL_ (ZIP) ____
(Defendant's telephone number) (312)- 886-0236.

4. The plaintiff sought employment or was employed by the defendant at (street address)
_77 W. Jackson Blvd_ (city) _Chicago_
(county) _Cook_ (state) _IL_ (ZIP code) _60604_

5. The plaintiff [check one box]

   (a) ☐  was denied employment by the defendant.
   (b) ☒  was hired and is still employed by the defendant.
   (c) ☐  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _12_, (day) _01_, (year) _89_.

7.1 (Choose paragraph 7.1 or 7.2. Do not complete both.)

 (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☒ has filed a charge of charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

 (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) _Dec_ (day) _____ (year) _2002_.

 (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

 (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☒ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
 (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

 ☒ Yes (month) _____ (day) _in late_ (year) _prior to yr 2000_
 ☐ No, did not file Complaint of Employment Discrimination

 The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____

 c. Attached is a copy of the

 a. Complaint of Employment Discrimination.
  ☐ YES ☒ NO, but a copy will be filed within 14 days.

 (ii) Final Agency Decision
  ☐ YES ☒ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.* this is a problem

    (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a) ☒ Age (Age Discrimination Employment Act).
    (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
    (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☒ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment. (i) trying)
    (c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _The Defendants on a consistantly basis allege viols of employment law. These allegations have attributed to me taking large amnts of lethal drugs for my sanity & wellbeing_

13. The facts supporting the plaintiff's claim of discrimination are as follows: _I demand I was falsely arrested in the last august IDJ jail & forced to pay $400. I was sexually harassed & thrown into Mr. Swodnjony bachiala on or about 3/6/0Y for no reasons. I have continually been threatened, arrested & acoussed of matters of no meaning._

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒  Direct the defendant to (specify): to allow plantiff to be allowed Hemi-place, advanced annual & sick leave, foremost to be treated as a professional and not a piece of scum. Damages of $1,000,000 in punitive damages for loss of health.

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_Eloise M Husker_

(Plaintiff's name)
_Eloise Husker_

(Plaintiff's street address)
_1631 S. Clarence Av_

(City) _Berwyn_  (State) _IL_  (ZIP) _60402_
(Plaintiff's telephone number) (708) - 884-2169

Date: 4/24/8