

FILED
MAY 12 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s) _Elaine K Harden_ )
) Case Number: _08 cv 2333_
V. )
Defendant(s) _US EPA Region 5_ ) Judge: _Coar_
_Tinka Hyde,_ _Peter Severson, US EPA Region 5_
_MD Director_ _Alan Nudelman, US EPA Region 5_
_Mary Jackson, US EPA_ _Amended_

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _Elaine K Harden_ , declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   _I have contacted over 10 attorneys. They are not interested to represent me because I have no money._

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_[signature]_                                    _1631 S. Clarence_
Movant's Signature                               Street Address

_5/12/08_                                        _Berwyn, IL 60402_
Date                                             City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐