

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CAUSE NO. 08CV2333**

**Assigned Judge:** The Honorable Judge David Coar

**Plantiffs**   Eloise K. Hahn, P.E., R.E.M.

**v.**

**Defendant(s)**   Peter Swenson, Chief NPDES Programs Branch, U.S. EPA Region 5
Alan Nudelman, U.S. EPA Region 5
Merry Jackson, EPS, U.S. EPA Region 5
Tinka Hyde, USEPA Acting Water Division Director
U.S. EPA Region 5

**F I L E D**
MAY 1 4 2008
May 14 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

<u>**AMENDED NOTICE OF MOTION FOR STATUS HEARING**</u>

Comes Now Plantiff, Eloise K. Hahn, pro se and for her cause of action alleges and states:

1. That she is the Plantiff in this cause of action.

2. That the Plantiff reported her EEOC complaint to the Deputy Director of the USEPA Civil Rights Division on or about

-2-

March 12, 2008.

3. That the Deputy Director, Robert Thayer, advised Plantiff that most counselors were out on spring break and would not return for two or three weeks.

4. That the Plantiff has just been advised by Robert Thayer that her EEOC counselor will begin the 30 day informal investigation effective May 16, 2008.

5. That the USEPA Region 5 Office of Civil Rights commencing the Initial EEOC Complaint on or about April 25, 2008.

6. That the Deputy Director, Robert Thayer, has further advised that if no settlement can be reached during the 30 day informal process then Plantiff will be provided pertinent documentation that she will have the right to sue under TitleVII of the EEOC Act.

WHEREFORE Plantiff prays that this honorable court provide Plantiff

-3-

a 30 day extension for a continuance of this Status Hearing prior to

scheduling pretrial, trial dates.etc.  In essence Part II of the Status Hearing

be scheduled on or about June 16, 2008.

                                                Respectfully submitted,

EloiseK.Hahn, P.E., R.E.M
1631 S. Clarence Av, Apt. 1
Berwyn, IL   60402
(312)886-6765, busn
hahn.eloise@epa.gov