IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Eloise K. Hahn, P.E., R.E.M.

Plantiff

VS,

FILED
May 14 2008
MAY 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08CV2333

Assigned Judge: Judge Coar

U.S. EPA Region 5
Peter Swenson, Chief NPDES Programs Branch, USEPA
Alan Nudelman, USEPA, Water Division
Merry Jackson, NPDES Programs Branch, USEPA
Tinka Hyde, Acting Water Division Director, USEPA

Defendants

## NOTICE OF MOTION

On May 15, 2008, at 9 a.m. or as soon after thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Courtroom 1419 at The United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present my Amended Notice of Motion for Status Hearing to be continued on or about June 16, 2008.

Respectfully submitted,

*Eloise K. Hahn, P.E., R.E.M.*
Eloise K. Hahn, P.E.
1631 S. Clarence Av; Apt. 1
Berwyn, IL  60402
(708) 484-2169, home