IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Eloise K. Hahn, P.E., R.E.M.

    Plantiff

VS,

Case No. 08CV2333

Assigned Judge: Judge Coar

U.S. EPA Region 5
Peter Swenson, Chief NPDES Programs Branch, USEPA
Alan Nudelman, USEPA, Water Division
Merry Jackson, NPDES Programs Branch, USEPA
Tinka Hyde, Acting Water Division Director, USEPA

    Defendants

FILED
May 14 2008
MAY 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

On May 15, 2008, at 9 a.m. or as soon after thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Courtroom 1419 at The United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present the EEO Counselor's Initial Interview Form from the USEPA Region5 Office of Civil Rights.

                                  Respectfully submitted,

                                  *Eloise K. Hahn, P.E., R.E.M.*
                                  Eloise K. Hahn, P.E.
                                  1631 S. Clarence Av; Apt. 1
                                  Berwyn, IL  60402
                                  (708) 484-2169, home



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

OFFICE OF
CIVIL RIGHTS

| **EEO COUNSELOR'S INITIAL INTERVIEW FORM** | |
|---|---|
| 1. NAME OF AGGRIEVED INDIVIDUAL - FULL NAME: <br> Eloise Hahn | |
| STREET ADDRESS (OR POST OFFICE BOX NUMBER) <br> 77 West Jackson | |
| CITY: Chicago  STATE: Illinois  ZIP CODE: 60604 | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT? <br> X☐ YES (ANSWER A, B, C AND D BELOW) <br> ☐ NO (CONTINUE WITH QUESTION 5) |
| 3. WHICH OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? <br> EPA Region 5 | A. NAME OF AGENCY/DIVISION WHERE YOU WORK: <br> B. Water Division |
| A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU: <br> Water Division | B. STREET ADDRESS OF YOUR AGENCY/DIVISION: <br> 77 West Jackson |
| B. STREET ADDRESS OF OFFICE: <br> 77 West | C. CITY    STATE    ZIP CODE |
| C. CITY    STATE    ZIP CODE | D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB? <br> Environmental Engineer |
| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE: <br> MONTH: 3   DAY: 27   YEAR 2008 | 6. NAME AND ADDRESS OF REPRESENTATIVE: |

7. WHICH BASES APPLY - WHY THE AGGRIEVED INDIVIDUAL BELIEVES THEY WERE DISCRIMINATED AGAINST?

☐ RACE, STATE THE AGGRIEVED INDIVIDUAL'S _
☐ COLOR, STATE THE AGGRIEVED INDIVIDUAL'S COLOR ____
☐ RELIGION, STATE THE AGGRIEVED INDIVIDUAL'S RELIGION ____
✔☐ SEX, STATE THE AGGRIEVED INDIVIDUAL'S SEX ___ White Female
☐ NATIONAL ORIGIN, STATE THE AGGRIEVED INDIVIDUAL'S NATIONAL ORIGIN____
☐ AGE, STATE THE AGGRIEVED INDIVIDUAL'S DATE OF BIRTH ____
☐ DISABILITY, STATE THE AGGRIEVED INDIVIDUAL'S DISABILITY____
✔ RETALIATION, STATE THE AGGRIEVED INDIVIDUAL'S CLAIM    Previous claims of discrimination and harassment dating back to the year 2002
_____(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time of the alleged discriminatory actions.)

8. EXPLAIN HOW THE AGGRIEVED INDIVIDUAL BELIEVES THEY WERE DISCRIMINATED AGAINST (For each allegation, please state the information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

( ) Appointment              ( ) Suspension              ( ) Retirement
( ) Awards                   ( ) Termination             (X) Time and Attendance
( ) Duty Hours               ( ) Training                 ) Working Conditions
)X Harassment (Non-Sexual)   ( ) Assignment of Duties    ( ) Evaluation / Appraisal
( ) Harassment (Sexual)      ( ) Conversion to Full Time
( ) Promotion                ( ) Examination - Test
( ) Reassignment             ( ) Pay (Including Overtime)
( ) Reprimand                ( ) Reinstatement

| 9. NAME OF COUNSELOR: <br> 10. Timothy Carter | |
|---|---|

10. WHAT CORRECTIVE ACTION IS THE AGGRIEVED INDIVIDUAL SEEKING? (If additional space is needed, use separate sheet.)

1.

| EEO COUNSELOR'S INITIAL INTERVIEW FORM | (Continued - page 2) |
|---|---|
| **11. DATE OF THIS INTERVIEW:**<br><br>MONTH: April        DAY 2 5th        YEAR: 2008 | |
| **12. DATE OF ALLEGED DISCRIMINATORY INCIDENT:**<br><br>Continuous Harassement, Concerned about being terminated | **13. DATE COUNSELOR MADE AWARE OF THE MATTER:**<br>14.  May 7, 2008, EEO Counselor Assigned |
| **14. DATE OF FIRST INTERVIEW WITH AGGRIEVED INDIVIDUAL:**<br>To be scheduled with Counselor | **15. AGGRIEVED INDIVIDUAL WAIVE ANONYMITY?:**<br><br>(X ) YES          ( ) NO |
| **16. HAS THIS ALLEGED INCIDENT BEEN FILED UNDER ANOTHER PROCEDURE?**<br><br>(X ) YES          ( ) NO | **17. IF YES, CHECK APPROPRIATE BOX BELOW:**<br>( ) ADMINISTRATIVE GRIEVANCE    ( ) M. S. P. B.<br>(X ) UNION NEGOTIATED GRIEVANCE  ( ) OTHER (SPECIFY) |
| **18. IF FILED UNDER ANOTHER PROCEDURE - STATUS**<br>Informal Union Negotiated Grievance Process | **19. ADVICE PROVIDED IN OTHER PROCEDURE:** |
| **20. SUMMARIZE THE PROBLEMS AS THE AGGRIEVED INDIVIDUAL STATES THEM:**<br><br>Complainant is concerned that Water Division management are attempting to terminate her employment at EPA.. She states that she is being harassed by her supervisor and division management staff. She claims that she is receiving unequal pay and that she is being constantly docked AWOL. | |
| **22. AGGRIEVED INDIVIDUAL ADVISED OF: (CHECK APPROPRIATE BOX)**<br><br>a. RIGHT TO REPRESENTATION (X )<br>b. COUNSELOR NEUTRALITY    (X )<br>c. TIME CONSTRAINTS          (X ) | |

**ADDITIONAL INFORMATION (AS NEEDED)**

Attachment of emails:

**Eloise Hahn/R5/USEPA/US**   To
03/27/2008 10:45 AM

Subject  I PLAN TO FILE EEOC COMPLAINT TOMORROW IN FEDERAL COURT HOUSE

PLEASE BE ADVISED THAT I WILL NEED TO SUBMIT TWO LEAVE SLIPS AND REVISE PEOPLE PLUS NOW DUE TO PETER'S HARRRASSMENT
THAT I WAS AWAY FROM DESK ON BREAK.  PLEASE BE ADVISED ASH AND QUINTIN NEED TO BEGIN SUBMITTING LEAVE SLIPS FOR THEIR BREAKS.

I CANNOT TAKE THE ONGOING SEXUAL HARRASSMENT, UNEQUAL PAY, RETALIATION, ETC. THE AGENCY NEEDS TO BE SUED.  I CANNOT
GO ON BEING DISCRIMINATED.  THAT IS IT.

THERE WILL BE A CHANGE IN PEOPLE PLUS JOYCE.  PLEASE RECTIFY THE BOOKS

Eloise Hahn/R5/USEPA/US　　　　To
03/27/2008 09:35 AM
　　　　　　　　　　　　　　　　Subject   Fw: WHY IS TSP NOT WITHHOLDING PAY FOR PENSION PAYMENTS

PLEASE BE ADVISED THAT YOUR OBSESSION TO DOCK MY PAY CONSISTENTLY HAS RELENTLESSLY FORCED ME TO TAKE NUMEROUS FINANCIAL HARDSHIP WITHDRAWLS WHERE I AM NO LONGER ABLE TO CONTRIBUTE TO MY PENSION LEAVING ME A MERE $30K FOR LIFE. WOW.....WHAT A GREAT PLACE TO WORK...$30K FOR PENSION.....I GUESS I WILL BE ABLE TO LIVE OFF THIS AMOUNT FOR 3 MONTHS WHATABOUT THE REMAINING 20 YEARS OF LIFE?
----- Forwarded by Eloise Hahn/R5/USEPA/US on 03/27/2008 09:33 AM -----


Daphne Lawrence/R5/USEPA/US　　　　To   Eloise Hahn/R5/USEPA/US@EPA
03/27/2008 09:13 AM　　　　　　　　　　cc
　　　　　　　　　　　　　　　　　　　　Subject   Re: WHY IS TSP NOT WITHHOLDING PAY FOR PENSION PAYMENTS

Ellie,

I remember you talking to me about taking a "TSP Financial Hardship Withdrawal." I do not remember the exact date and I do not have access to your TSP Account. However, the TSP Hardship Withdrawal is not a loan. When you withdraw money from your TSP account you have a **six month** period in which you **can not contribute** to the TSP and there is not match. The only money going into your TSP account during the six month period is the 1% Agency Contribution. You can contact the TSP Service Office directly at the following number:

　　　　　　　　　　　1-TSP-YOU-FRST (1-877-968-3778)

### What are the rules for a financial hardship withdrawal? 

While you are employed by the Federal Government, you may be able to withdraw your own contributions and earnings for a financial hardship. The amount of the financial hardship withdrawal is limited to your financial need. You cannot withdraw less than $1,000.

To be eligible for a financial hardship withdrawal, your financial need must result from at least one of the following four conditions: negative monthly cash flow, medical expenses (including household improvements needed for medical care), personal casualty losses, or legal expenses for separation or divorce.

To help you determine whether you have a negative monthly cash flow and the amount of the negative monthly cash flow, you can complete the worksheet that is provided with the Financial Hardship Withdrawal Request (Form TSP-76). To complete the worksheet, you will have to use financial information for yourself and, if you are married, your spouse. You will have to determine your monthly income (i.e., from employment, child support, and alimony) and expenses (i.e., housing, utilities, dependent care, alimony and child support, and installment loan payments for loans

other than TSP loans). The worksheet also provides factors to determine an allowance for ordinary household expenses based on income and family size. The allowance takes into account items such as food, clothing, health insurance premiums, entertainment, and other miscellaneous expenses. (Credit card payments are included in this allowance so they cannot be used in determining expenses.) You do not have to return the worksheet with your request for a financial hardship withdrawal.

Although you will not have to provide either income information or documentation to substantiate the financial hardship, you should retain this information and documentation for future reference because you will have to certify on the Form TSP-76, under penalty of perjury, that you have a genuine financial hardship and what the reason for the financial hardship is.

After making a financial hardship withdrawal, you cannot contribute to your TSP account for 6 months. If you are a FERS participant, you will not receive any Agency Matching Contributions for the period which you are not making employee contributions; however, you will continue to receive Agency Automatic (1%) Contributions. At the end of the 6-month period, your contributions will not resume automatically. You must make a contribution election on Form TSP-1 (or your agency's electronic version) and file it with your agency if you want to resume contributions. Your contributions will then be allocated according to your most recent contribution allocation. You are eligible to request another financial hardship withdrawal 6 months after your previous one.


Daphne B. Lawrence
Human Resources Specialist (Labor Relations)
(312) 886-7528
Eloise Hahn/R5/USEPA/US

      Eloise Hahn/R5/USEPA/US
      03/27/2008 08:52 AM

To   Daphne Lawrence/R5/USEPA/US@EPA
cc

Subject   WHY IS TSP NOT WITHHOLDING PAY FOR PENSION PAYMENTS

Daphne:

Please get back with me on subject question. Thanks.

Eloise Hahn/R5/USEPA/US     To
03/27/2008 08:45 AM
                            Subject  WHY DO YOU KEEP DOCKING MY PAY?

May I ask why I was AWOL last pay period. The AWOL attributed to $582 overdraft charges in my checking accnt. If I may state I leave my home at 5:30 am
and I don't return to 7:00 pm at night. A 14 hr day. Why do all the men get to work at home and not me? I must say a 14 hour day is somewhat extreme
at 54 years old and almost 20 years ofd service here not to mention and additional 20 years of work at other employers. Why do you wish to destroy
me?

*Incident*        *Iritutex*
3/27/08   —    4/25/08

| | | |
|---|---|---|
| **Eloise Hahn/R5/USEPA/US** | To | Peter Swenson/R5/USEPA/US@EPA |
| 03/27/2008 08:39 AM | cc | Robert Thayer/R5/USEPA/US@EPA |
| | bcc | |
| | Subject | Re: absences |

On March 25 I removed my leave slip for the morning because I was here. On March 26 I completed a leave slip for 3 hrds. absence in the morning.
Peter Swenson/R5/USEPA/US

| | | |
|---|---|---|
| **Peter Swenson/R5/USEPA/US** | To | |
| 03/26/2008 05:30 PM | Subject | absences |

Ellie
Please provide to me, as soon as possible, a written explanation of your unexcused absences of March 25th and March 26th.
Peter

Eloise Hahn/R5/USEPA/US          To
07/18/2007 03:54 PM
                                 Subject  Performance Review Summary-Eloise Hahn

This mid-year 2007 I reviewed 8 permits, numerous MADI requests and assisted Ash Sajjad on the O&M rewards. As part of my review I organized his files, spent my own money in buying sups and ranked the muinicipalities for discussion. I also wrote several Fact Sheets. As far as permit reviews go I was the most outstanding team member yet I only earned a fraction of what I should make for someone on my level. To be frank, I netted $19,639.10 for the past 6 months or $3,273month. I should be making $7,043 per month gross. Comparatively I earned $33,186 gross or $5,531 per month. This amount is 22.5% less. Alot of my
time I was sidetracted my numerous memorandums which I had to defend myself on, including a false arrest and suspension notice. These notices have
placed me under considerable mental, physical and monetary distress, particularly supporting 3 people on this meger salary.