## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plantiff:

Eloise K. Hahn, P.E., R.E.M.

v.

Defendants:

U.S. EPA Region 5
Peter Swenson, Chief NPDES Programs Branch, USEPA
Alan Nudelman, USEPA, Water Division
Merry Jackson, NPDES Programs Branch, USEPA
Tinka Hyde, Acting Water Division Director, USEPA

Case Number 08CV2333

Judge Coar

FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AMENDED MOTION FOR APPOPINTMENTOF COUNSEL

1. I, Eloise K. Hahn, P.E., R.E.M., declare that I am the plantiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare I have made the following attempts to retain Counsel to represent me in this proceeding, being I contacted approximately ten attorneys who would not represent me because I didn't have the retainer requested.

3. In further support of my motion, I declare that I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this court.

4, In further support of my motion, I declare that I have attached an original

-2-

Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

5. I declare under penalty that the foregoing is true and correct.

*Eloise K. Hahn, P.E., R.E.M.*  1631 S. Clarence Av Apt. 1
May 13, 2008  Berwyn, IL  60402