# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2333 | DATE | 5/15/2008 |
| CASE TITLE | Eloise Huhn, et al vs. US EPA Region, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/15/2008. For the reasons stated on the record, this action is dismissed without prejudice to refiling after receiving the right to sue letter. Any and all pending motions, applications are moot and terminated.

*[Signature: Donald W. Coar]*

Docketing to mail notices.

00:02

Courtroom Deputy Initials: PAMF