

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Plantiff(s)    Eloise K. Hahn, P.E., R.E.M.

V.                                  Cause No. 08CV2333

                          Proceedings before the Honorable Judge Coar

Defendant(s)  Peter Swenson, Chief NPDES Programs Branch, USEPA Region 5
              Tinka Hyde, Acting Water Division Director, US EPA Region 5
              Alan Nudelman, NPDES Water Division, US EPA Region 5
              Merry Jackson, Administration Assistant, US EPA Region 5
              U.S. EPA Region 5, United States Environmental Protection Agency

Initially filed April 28, 2008

**FILED**

MAY 1 2 2008   NH
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CAUSE NO. 08CV2333**

*The Honorable Judge Coar*

**FILED**
MAY 1 2 2008  NH
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plantiffs**     Eloise K. Hahn, P.E., R.E.M.

**v.**

**Defendant(s)**  Peter Swenson, Chief NPDES Programs Branch, U.S. EPA Region 5
Alan Nudelman, U.S. EPA Region 5
Merry Jackson, EPS, U.S. EPA Region 5
Tinka Hyde, USEPA Acting Water Division Director
*US EPA Region 5*

## NOTICE OF MOTION FOR STATUS HEARING

Comes Now Plantiff, Eloise K. Hahn, pro se and for her cause of action alleges and states:

1. That she is the Plantiff in this cause of action.

2. That the Plantiff reported her EEOC complaint to the Deputy Director of the USEPA Civil Rights Division on or about March 12, 2008.

3. That the Deputy Director, Robert Thayer, advised Plantiff that most counselors were out on spring break and would not return for two or three weeks.

4. That the Plantiff has just been advised by Robert Thayer that her EEOC counselor will begin the 30 day informal investigation effective May 13, 2008.

5. That the Deputy Director, Robert Thayer, has further advised that if no settlement can be reached during the 30 day informal process thenPlantiff will be provided pertinent documentation that she may have the right to sue under TitleVII of the EEOC act.

WHEREFORE Plantiff prays that this honorable court provide Plantiff a 45 day extention for a continuance of this Status Hearing prior to scheduling pretrial, trial dates.etc.

Respectfully submitted,

EloiseK.Hahn, REM